AO 240 (Rev. 6/86) Application to Proceed ⊕

# United States District Court

_____ DISTRICT OF _____

John Baldwin

v.

Bruce Tessier, et al
Defendants

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:

**05 - 10898 DPW**

I, __John Baldwin__ , declare that I am the *(check appropriate box)*

[X] ~~petitioner~~/plaintiff

[ ] respondent/defendant

[ ] movant (filing 28 U.S.C. 2255 motion)

[ ] _____
*other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      By the Prison I am Presently Confined at.
      MTC, 30 Administration Rd., Bridgewster, MA. 02324

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment        Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                         Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?              Yes [ ]   No [X]
   d. Gifts or inheritances?                                        Yes [X]   No [ ]
   e. Any other sources?                                            Yes [X]   No [ ]

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............   JOHN BALDWIN

Commitment number....   M87791

Period encompassed....   10/20/2004      4/20/2005

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 10/20/04 | $ 0.87 | $ 56.16 | $ 57.03 |
| Balance as of | 11/20/04 | $ 0.22 | $ 56.27 | $ 56.49 |
| Balance as of | 12/20/04 | $ 0.23 | $ 56.39 | $ 56.62 |
| Balance as of | 01/20/05 | $ 0.23 | $ 56.54 | $ 56.77 |
| Balance as of | 02/20/05 | $ 30.23 | $ 62.68 | $ 92.91 |
| Balance as of | 3/20/2005 | $ 5.57 | $ 72.84 | $ 78.41 |
| Ending Balance: | 04/20/05 | $ 7.91 | $ 83.07 | $ 90.98 |

Six month average balance:       $ 69.89

20% of six month average balance:     $ 13.98

total expenditures for period:     $ 119.00

total income for period:     $ 126.91

To the best of my knowledge the above summary information is true and accurate:

Signed: _____     4/20/2005

Jeanne L. Petrillo

*note to clear numbers Ctrl-Z*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20050420 15:52

Page :    1

| Commit# : | M87.91 | | MASS. TREATMENT CENTER | | | |
|---|---|---|---|---|---|---|
| Name   : | BALDWIN, JOHN, D, | | Statement From | 20041020 | | |
| Inst   : | MASS. TREATMENT CENTER | | To | 20050420 | | |
| Block  : | D1 | | | | | |
| Cell/Bed : | 017 / T | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $156.42 | $155.55 | $56.16 | $0.00 |
| 20041029 08:48 | ML - Mail | 3589304 | | STH | ~DOUGLAS BALDWIN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041029 08:48 | MA - Maintenance and Administration | 3589305 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041029 08:48 | TI - Transfer from Institution | 3589307 | | STH | ~Associate Receipt Number is 3589304 | $0.00 | $29.00 | $0.00 | $0.00 |
| 20041029 08:48 | TI - Transfer from Institution | 3589308 | | MTC | ~Associate Receipt Number is 3589304 | $29.00 | $0.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3619588 | | MTC | ~Canteen Date : 20041104 | $0.00 | $20.75 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657957 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657958 | | MTC | | $0.00 | $0.00 | $0.11 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3667614 | | MTC | ~Canteen Date : 20041111 | $0.00 | $8.90 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790895 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790896 | | MTC | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991779 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991780 | | MTC | | $0.00 | $0.00 | $0.14 | $0.00 |
| 20050125 15:19 | ML - Mail | 4034440 | | STH | ~JAMES B. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050125 15:19 | MA - Maintenance and Administration | 4034441 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050125 15:19 | TI - Transfer from Institution | 4034443 | | STH | ~Associate Receipt Number is 4034440 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050125 15:19 | TI - Transfer from Institution | 4034444 | | MTC | ~Associate Receipt Number is 4034440 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056342 | | MTC | ~Canteen Date : 20050128 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050202 23:04 | PY - Payroll | 4076879 | | MTC | ~20050116 To 20050122 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050202 23:04 | PY - Payroll | 4076880 | | MTC | ~20050116 To 20050122 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4120723 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4120724 | | MTC | | $0.00 | $0.00 | $0.15 | $0.00 |
| 20050209 23:04 | PY - Payroll | 4127044 | | MTC | ~20050123 To 20050129 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050209 23:04 | PY - Payroll | 4127045 | | MTC | ~20050123 To 20050129 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159683 | | MTC | ~20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159684 | | MTC | ~20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050218 08:45 | ML - Mail | 4170494 | | STH | ~DOUGLAS BALDWIN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050218 08:45 | MA - Maintenance and Administration | 4170495 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050218 08:45 | TI - Transfer from Institution | 4170497 | | STH | ~Associate Receipt Number is 4170494 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050218 08:45 | TI - Transfer from Institution | 4170498 | | MTC | ~Associate Receipt Number is 4170494 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050223 23:02 | PY - Payroll | 4188657 | | MTC | ~20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20050420 15:52

Page :   3

| | | |
|---|---|---|
| Commit# : | M87 '91 | **MASS. TREATMENT CENTER** |
| Name   : | BALDWIN, JOHN, D, | Statement From   20041020 |
| Inst   : | MASS. TREATMENT CENTER | To   20050420 |
| Block   : | D1 | |
| Cell/Bed : | 017 / Γ | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $7.91 | $83.07 | $0.00 | $0.00 | $0.00 | $0.00 |

Page :   3