John Baldwin
30 Adm[...]
Bridge[...] M[...]

FILED
CLERKS OFFICE
DATE: [...] 2005

TONY ANASTAS
CLERK OF COURT
UNITED STATES DISTRICT COURT
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE. Baldwin v. Tessier, et al
1:05-CV-10898-DPW

Dear Clerk of Court:

    I am respectfully requesting a copy of the complaint that has been filed in the above matter. Because of circumstances beyond my control the copies I did have are missing, so could you please send one (1) copy.

    I would like to thank you for your time and consideration to this matter.

Thank you
Sincerely,
John Baldwin
John Baldwin