# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050509 12:29

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | M87791 | | MASS. TREATMENT CENTER | | |
| Name : | BALDWIN, JOHN, D, | | Statement From | 20041109 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050509 | |
| Block : | D1 | | | | |
| Cell/Bed : | 020 /T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $215.42 | $206.30 | $56.16 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657957 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657958 | | MTC | | $0.00 | $0.00 | $0.11 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3667614 | | MTC | ~Canteen Date : 20041111 | $0.00 | $8.90 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790895 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790896 | | MTC | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991779 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991780 | | MTC | | $0.00 | $0.00 | $0.14 | $0.00 |
| 20050125 15:19 | ML - Mail | 4034440 | | STH | ~JAMES B. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050125 15:19 | MA - Maintenance and Administration | 4034441 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050125 15:19 | TI - Transfer from Institution | 4034443 | | STH | ~Associate Receipt Number is 4034440 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050125 15:19 | TI - Transfer from Institution | 4034444 | | MTC | ~Associate Receipt Number is 4034440 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056342 | | MTC | ~Canteen Date : 20050128 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050202 23:04 | PY - Payroll | 4076879 | | MTC | ~20050116 To 20050122 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050202 23:04 | PY - Payroll | 4076880 | | MTC | ~20050116 To 20050122 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4120723 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4120724 | | MTC | | $0.00 | $0.00 | $0.15 | $0.00 |
| 20050209 23:04 | PY - Payroll | 4127044 | | MTC | ~20050123 To 20050129 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050209 23:04 | PY - Payroll | 4127045 | | MTC | ~20050123 To 20050129 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159683 | | MTC | ~20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159684 | | MTC | ~20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050218 08:45 | ML - Mail | 4170494 | | STH | ~DOUGLAS BALDWIN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050218 08:45 | MA - Maintenance and Administration | 4170495 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050218 08:45 | TI - Transfer from Institution | 4170497 | | STH | ~Associate Receipt Number is 4170494 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050218 08:45 | TI - Transfer from Institution | 4170498 | | MTC | ~Associate Receipt Number is 4170494 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050223 23:02 | PY - Payroll | 4188657 | | MTC | ~20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050223 23:02 | PY - Payroll | 4188658 | | MTC | ~20050206 To 20050212 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4198629 | | MTC | ~Canteen Date : 20050224 | $0.00 | $31.55 | $0.00 | $0.00 |
| 20050302 08:35 | ML - Mail | 4212915 | | STH | ~DOUGLAS BALDWIN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050302 08:35 | MA - Maintenance and Administration | 4212916 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 08:35 | TI - Transfer from Institution | 4212918 | | STH | ~Associate Receipt Number is 4212915 | $0.00 | $24.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050509 12:29

| Commit# : | M87791 | | MASS. TREATMENT CENTER | | Page : 2 |
|---|---|---|---|---|---|
| Name : | BALDWIN, JOHN, D, | | Statement From | 20041109 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050509 | |
| Block : | D1 | | | | |
| Cell/Bed : | 020 /T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050302 08:35 | TI - Transfer from Institution | 4212919 | | MTC | ~Associate Receipt Number is 4212915 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050302 23:03 | PY - Payroll | 4220268 | | MTC | ~20050213 To 20050219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:03 | PY - Payroll | 4220269 | | MTC | ~20050213 To 20050219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4228825 | | MTC | ~Canteen Date : 20050303 | $0.00 | $27.13 | $0.00 | $0.00 |
| 20050309 23:02 | PY - Payroll | 4255477 | | MTC | ~20050220 To 20050226 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050309 23:02 | PY - Payroll | 4255478 | | MTC | ~20050220 To 20050226 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050315 16:53 | IS - Interest | 4291555 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4291556 | | MTC | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20050316 23:04 | PY - Payroll | 4303029 | | MTC | ~20050227 To 20050305 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050316 23:04 | PY - Payroll | 4303030 | | MTC | ~20050227 To 20050305 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050323 23:03 | PY - Payroll | 4334837 | | MTC | ~20050306 To 20050312 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:03 | PY - Payroll | 4334838 | | MTC | ~20050306 To 20050312 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4345386 | | MTC | ~Canteen Date : 20050324 | $0.00 | $7.67 | $0.00 | $0.00 |
| 20050330 23:05 | PY - Payroll | 4366187 | | MTC | ~20050313 To 20050319 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050330 23:05 | PY - Payroll | 4366188 | | MTC | ~20050313 To 20050319 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050406 23:03 | PY - Payroll | 4403739 | | MTC | ~20050320 To 20050326 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:03 | PY - Payroll | 4403740 | | MTC | ~20050320 To 20050326 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050408 16:48 | IS - Interest | 4431383 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4431384 | | MTC | | $0.00 | $0.00 | $0.23 | $0.00 |
| 20050413 23:03 | PY - Payroll | 4454661 | | MTC | ~20050327 To 20050402 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:03 | PY - Payroll | 4454662 | | MTC | ~20050327 To 20050402 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050420 23:11 | PY - Payroll | 4485443 | | MTC | ~20050403 To 20050409 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050420 23:11 | PY - Payroll | 4485444 | | MTC | ~20050403 To 20050409 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4495087 | | MTC | ~Canteen Date : 20050421 | $0.00 | $9.04 | $0.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4515928 | | MTC | ~20050410 To 20050416 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4515929 | | MTC | ~20050410 To 20050416 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050504 23:04 | PY - Payroll | 4552276 | | MTC | ~20050417 To 20050423 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050504 23:04 | PY - Payroll | 4552277 | | MTC | ~20050417 To 20050423 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4562587 | | MTC | ~Canteen Date : 20050505 | $0.00 | $5.46 | $0.00 | $0.00 |
| 20050509 12:13 | AJ - Adjustments | 4572472 | | MTC | ~TO FIX ERROR IN POSTING PAYROLL FOR 4/23/05 - PER CLAUDE LEVESQUE | $2.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050509 12:29

Page : 3

| Commit# : | M87791 | | MASS. TREATMENT CENTER | |
|---|---|---|---|---|
| Name : | BALDWIN, JOHN, D, | | Statement From | 20041109 |
| Inst : | MASS. TREATMENT CENTER | | To | 20050509 |
| Block : | D1 | | | |
| Cell/Bed : | 020 /T | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $172.54 | $178.75 | $34.41 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.91 | $90.57 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.91 | $90.57 | $0.00 | $0.00 | $0.00 | $0.00 |

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

FILED
OFFICE
2005 MAY 11 P 12: 12
U.S. DISTRICT COURT
MASS

Inmate Name.............  JOHN BALDWIN

Commitment number....  M87791

Period encompassed....  11/9/2004    5/9/2005

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 11/09/04 | $ 9.12 | $ 56.16 | $ 65.28 |
| Balance as of | 12/09/04 | $ 0.23 | $ 56.39 | $ 56.62 |
| Balance as of | 01/09/05 | $ 0.23 | $ 56.39 | $ 56.62 |
| Balance as of | 02/09/05 | $ 1.23 | $ 57.53 | $ 58.76 |
| Balance as of | 03/09/05 | $ 0.55 | $ 67.68 | $ 68.23 |
| Balance as of | 4/9/2005 | $ 5.41 | $ 80.57 | $ 85.98 |
| Ending Balance: | 05/09/05 | $ 2.91 | $ 90.57 | $ 93.48 |

Six month average balance:                $   69.28

20% of six month average balance:         $   13.86

total expenditures for period:            $  111.75

total income for period:                  $  114.66

To the best of my knowledge the above summary information is true and accurate:

Signed: _Jeanne L. Petrillo_ (signature)                              5/9/2005

*note to clear numbers Ctrl-Z*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,
    Plaintiff,

v.                                         Civil Action No. 05-10898-DPW

BRUCE TESSIER,
ET AL.,
    Defendants

FILED
CLERKS OFFICE

2005 MAY 11 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

### NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:  THE TREASURER'S OFFICE AT MASS. TREATMENT CENTER, BRIDGEWATER, MA AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and *in forma pauperis*, is obligated to pay the statutory filing fee of $250.00* for this action. See 28 U.S.C. § 1915(b)(1).

- ☐ Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
  - ☐ Full filing fee of $ 250.00 from available funds.
  - ☒ An initial partial filing fee of: $13.98 is due within ten (10) business days of receipt of this notice.
  - ☒ Remainder of fee [$ 236.02 ] to be paid in accordance with 28 U.S.C. § 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid.
- ☐ Plaintiff has been without funds for six months and is currently without funds. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the statutory filing fee of $ 250.00 has been paid in full.

The Treasurer's Office at the institution designated above is required to send to the Clerk of the Court the initial partial filing fee (if assessed) and monthly payments from plaintiff's prison trust account (or institutional equivalent) each time the amount in the prisoner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2). The monthly payments shall be sent on the last day of each month, beginning in the month subsequent to the date of this notice. The monthly payments shall continue until the balance of $ 250.00 is paid in full.

The prisoner's name and case number must be noted on each remittance. If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted. All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

    U. S. District Court
    Cashier - Suite 2300
    1 Courthouse Way
    Boston, MA 02210

    SARAH ALLISON THORNTON, CLERK

May 5, 2005        By:  /s/ Rebecca Greenberg
Date                      Deputy Clerk

cc: Plaintiff

*The filing fee for civil actions increased from $150.00 to $250.00 effective February 7, 2005. See Section 307 of The Omnibus Appropriation Act for 2005 which increases the statutory fee prescribed under 28 U.S.C. 1914(a).