John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

Susan Jenness
Pro-se Intake Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Baldwin v. Tessier, et al.
    C.A. 05-10898-DPW

Dear Ms. Jenness:

At this time I presently have 9 Civil Actions Pending in this court, and I am in the need of the Fed. R. Civ. P. and the Local Rules of this Court. Therefore, I am Respectfully Requesting a copy of said rules, and if you can please send them at no cost to myself.

I would like to Thank you for your time and consideration to this important matter.

Thank You
Sincerely,
John Baldwin