UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  05-10898-DPW

JOHN BALDWIN,

    Plaintiff,

v.

BRUCE TESSIER, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

Without waiving service of process or any defenses related thereto, the undersigned counsel hereby enters her appearance on behalf of defendants Tessier, Smith and Barroni.

Dated:  July 14, 2005

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

\_\_\_\_/s/  Wendy C. Weber_____
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  _____July 14, 2005_____      \_\_\_/s/Wendy C. Weber_____
                                                                Wendy C. Weber, Counsel