UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,

    Plaintiff,

v.

BRUCE TESSIER, *et al.*,

    Defendants.

## DEFENDANTS' MOTION TO ENLARGE TIME

Now come the defendants in the above-captioned action, without waiving service of process or any defenses related thereto, and hereby move this Court for an enlargement of time up to and including **August 15, 2005**, within which to respond to the plaintiff's Complaint. As grounds therefor, the defendants state as follows:

1. It appears from the docket sheet that defendants Bruce Tessier, Patrick Smith and Thomas Barroni were served by certified mail on or about June 17, 2005. See Returns filed at Docket Entries No.9-11. Defendant Brian Ford has not been served, as his complaint was returned unexecuted according to the return. See Docket Entry No. 12.

2. It is the Department's usual policy to accept service (by certified mail or otherwise) at the institution where an officer is currently employed. That way, the employee receives a copy of the Complaint in a timely fashion and can complete the appropriate request for representation.

3. In this case, however, only one (1) of the persons named in the plaintiff's lawsuit, Bruce Tessier, is currently employed at MCI-Cedar Junction, where service was

attempted. Accordingly, the person who signed for the certified mail addressed to defendants Smith and Barroni did so in error, and was not authorized to accept service on behalf of either of these gentlemen. The undersigned counsel has been unable to determine whether either of these gentlement have yet received a copy of the Complaint or completed a request for representation.

4. Moreover, the undersigned counsel was advised today that there are two (2) Patrick Smiths currently employed by the Department (neither of whom is employed at MCI-Cedar Junction, where process was mailed). I am in the process of pulling employment histories on both gentlemen in order to determine which of them might be the defendant names in the plaintiff's Complaint.

5. Finally, the undersigned is hereby notifying the Court and the plaintiff that proper service upon Officer Brian Ford should be made at the following address: MCI-Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056. Please make certain to identify defendant Ford as an officer, as it appears from the return the person who refused to sign the certified mail at MCI-Cedar Junction believed the mail was directed to an inmate of the same name. See Docket Entry No.12.

6. Because service was already accepted (albeit improperly) on behalf of defendants Barroni, Smith and Tessier, these defendants respectfully request an enlargement of time within which to permit the undersigned counsel to ensure that each defendant has in fact received a copy of the Complaint and has had an opportunity to sign a request for representation.

7. In addition, an enlargement is necessary so that the plaintiff has an opportunity to complete service upon defendant Ford.

8.   It would be more efficient, both for the Court and for the undersigned counsel, if she were permitted to delay responding to the Complaint until all defendants have been properly served. That way, a single Answer or dispositive motion can be filed on behalf of all those represented defendants.

9.   The defendants can see no prejudice to the plaintiff caused by an enlargement. The potential prejudice to the defendants would be great, however, as, through no fault of their own, the time began to run within which to respond to the Complaint before they may have had an opportunity to personally review the document in question and seek representation.

WHEREFOR, the defendants respectfully request an enlargement up to and including **August 15, 2005** within which to file an answer or responsive pleading.

Dated: July 14, 2005                              Respectfully submitted,

                                                   Defendants,

                                                   By their attorneys:

                                                   NANCY ANKERS WHITE
                                                   Special Assistant Attorney General


                                                   ___/s/ Wendy C. Weber_____
                                                   Wendy C. Weber, Counsel
                                                   BBO No. 633950
                                                   Department of Correction
                                                   Legal Division
                                                   70 Franklin Street, Suite 600
                                                   Boston, MA 02110-1300
                                                   (617) 727-3300 x189

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  July 14, 2005                                    /s/ Wendy C. Weber          .
                                                                         Wendy C. Weber, Counsel