UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    Plaintiff,

v.

BRUCE TESSIER, *et al.*,
    Defendants.

**DEFENDANTS'**
**MOTION TO WAIVE**
**LOCAL RULES 7.1 (A)(2) AND 37.1**

Defendants, through counsel, hereby move this Court to exempt them from the requirements of Local Rules 7.1 (A)(2) and 37.1.

In support of this motion, the defendants state that the plaintiff John Baldwin is *pro se* in this action and is civilly committed at the Massachusetts Treatment Center ("MTC"), a sex offender treatment facility. As a result, to require defendant to attempt to confer with the plaintiff to resolve or narrow issues relevant discovery disputes and other motions, pursuant to Local Rules 7.1 (A)(2) and 37.1, would be unduly burdensome and serve no purpose.

Wherefore, the defendant respectfully requests that this Court exempt it from the requirements of Local Rules 7.1 (A)(2) and 37.1.

Dated: July 14, 2005

Respectfully submitted,

Defendants
By their attorneys:

NANCY ANKERS WHITE
Special Assistant Attorney General
    /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300, ext. 189

## CERTIFICATE OF SERVICE

     I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  July 14, 2005                                  /s/ Wendy C. Weber                              .
                                                                    Wendy C. Weber, Counsel