UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    PLAINTIFF,

V.

BRUCE TESSIER, et al.,
    DEFENDANTS.

PLAINTIFF'S MOTION FOR RECONSIDERATION

    Now comes the plaintiff, John Baldwin, in the above entitled matter and moves that this Honorable Court to Reconsider it's decision, of July 17, 2005, granting defendant's motion to waive Local Rules 7.1(A)(2) and 37.1.

    Plaintiff says, in more detail below, that Judge Douglas P. Woodlock, allowe this defendants motion without allowing the Plaintiff to oppose in accordance to Local Rule 7.1(b)(2) Plaintiff has 14 days in which to file an opposition to a

Motion. Defendant's file motion to waive Local Rules 7.1 (A) (2) and 37.1 on 7/14/05 and Judge Woodlock allowed motion on the same day. See order on file.

Plaintiff was therefore in fact denied an equal opportunity to file his opposition in which should have been, Due to the fact discovery is a big part of Plaintiff's claims, that the defendant's did in fact use excessive force on Plaintiff without just cause and that the defendant's violated Department Policy 103 CMR 505 by not filing use of force reports.

Plaintiff further states that he is not civially committed, but rather is being temporarily detained at Massachusetts Treatment Center, even if Plaintiff was in fact civially committed, does not interfer with his ability or his right to litagate any civil action against the defendant's. Therefore, Plaintiff respectfully request that this Honorable Court reconsider it's ruling made on 7-14-05 and order defendant's to provide Plaintiff with all discovery he has requested thus far and any discovery he may request hereafter.

Respectfully Submitted,

*John Baldwin*

John Baldwin
30 Administration Rd.
Bridgewater, MA 02329

Date: 8-4-05

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon defendant's Attorney of record by first class mail postage pre-paid.

*John Baldwin*

John Baldwin

CC: ~~[redacted]~~
Wendy C. Weber, Counsel
FILE