UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    Plaintiff,

v.

BRUCE TESSIER, *et al.*,
    Defendants.

## DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Now come the defendants in the above-captioned matter and hereby move to dismiss the plaintiff's Complaint, or, in the alternative, for judgment to enter in favor of defendants on each of the plaintiff's claims. As grounds therefore, the defendants state that the plaintiff has failed to state a claim upon which relief can be granted, pursuant to Fed.R.Civ.P. 12(b)(6). In the alternative, the defendants state that they are entitled to judgment as a matter of law on each of the plaintiff's claims pursuant to Fed.R.Civ.P. 56.

WHERFORE, the defendants respectfully request that the Court DISMISS the plaintiff's claims against them and enter judgment in favor of the defendants.

Dated: August 15, 2005

Respectfully submitted,

Defendants,
By their attorneys:
NANCY ANKERS WHITE
Special Assistant Attorney General

\_\_/s/ Wendy C. Weber_____
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

**The Court has excused compliance with Local Rules 7.1(A)(2) and 37.1 by the defendant in this case.**

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date: August 15, 2005             /s/ Wendy C. Weber            .
                                  Wendy C. Weber, Counsel