UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,

    Plaintiff,

v.

BRUCE TESSIER, *et al.*,

    Defendants.

CIVIL ACTION
NO. 05-10898-DPW

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Exhibits A-G to defendants' Statement of Undisputed Facts
Pursuant to Local Rule 56.1**

The original documents are maintained in the case file in the Clerk's Office.

Dated: August 15, 2005

Respectfully submitted,

Defendants,

By their attorneys:
NANCY ANKERS WHITE
Special Assistant Attorney General

   /s/ Wendy C. Weber_____
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

**The Court has excused compliance with Local Rules 7.1(A)(2) and 37.1 by the defendant in this case.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date: <u>August 15, 2005</u>                <u>    /s/ Wendy C. Weber                        </u>.
                                             Wendy C. Weber, Counsel