UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    Plaintiff,

v.

BRUCE TESSIER, *et al.*,
    Defendants.

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR DEFAULT

    Now come the defendants in the above-captioned matter and hereby oppose the plaintiff's request for default. As grounds therefore, the defendants state that the served defendants have filed a responsive pleading in the form of a motion to dismiss, or in the alternative, for summary judgment. Moreover, the defendants note that returns indicate two (2) of the defendants have in fact <u>not</u> been served.

    1.    As a preliminary matter, the undersigned counsel states the plaintiff has not served her with a copy of his request for default and she has been unable to review same through the PACER system as the motion and related document are "unscannable." <u>See</u> Docket Entries 22-23. Notwithstanding the foregoing, the defendants will attempt to respond.

    2.    The plaintiff made service of process by certified mail on all four defendants. <u>See</u> Docket Entries No. 9-12. According to these docket entries, the summons for each defendants were returned executed. <u>Id</u>.

    3.    In fact, however, an examination of the actual documents shows that at least two summonses were returned <u>unexecuted</u>. Both returns were sent back with the notification that there was no such person at that address. <u>See</u> Process Receipt and Return for Brian Ford, a true and accurate copy of which is attached hereto as Exhibit A; and Process Receipt and Return for

Patrick Smith, a true and accurate copy of which is attached hereto as Exhibit B. These defendants cannot be in default as service was never properly completed[1].

4. In fact, the only person who was properly served at his place of business was defendant Bruce Tessier. <u>See</u> Docket Entries No. 9 and 15. Counsel has appeared and filed a responsive pleading on defendant Tessier's behalf. <u>See</u> Docket Entries No. 14,18-22. This defendant cannot be in default where a responsive pleading was filed within the time permitted by the Court.

5. Finally, despite the fact that someone mistakenly signed for service upon Thomas Barroni at MCI-Cedar Junction, counsel appeared and filed a responsive pleading on his behalf. <u>See</u> Docket Entries No. 11, 18-22. This defendant cannot be in default where a responsive pleading was filed within the time permitted by the Court.

---

[1] Indeed, on July 14, 2005, the defendants made the plaintiff aware that service upon defendant Brian Ford was not be complete and advised him of the proper address where service could be made. <u>See</u> Motion to Enlarge, Docket Entry No. 15. Unfortunately, at that time, the defendants were unaware of the documents showing that defendant Smith had not been served, due to the fact that same were docketed in error as a return executed by John Baldwin. <u>See</u> Docket Entry No. 13. As a result, the undersigned filed an appearance on defendant Smith's behalf, but still noted in her first motion that he may not have been properly served. <u>See</u> Docket Entry No. 15.

2

WHERFORE, the defendants respectfully request that the Court DENY the plaintiff's request for default judgment.

Dated: August 31, 2005                              Respectfully submitted,

                                                    Defendants,
By their attorneys:
NANCY ANKERS WHITE
Special Assistant Attorney General

      /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

**The Court has excused compliance with Local Rules 7.1(A)(2) and 37.1 by the defendant in this case.**

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date: August 31, 2005                              /s/ Wendy C. Weber                              .
                                                                                Wendy C. Weber, Counsel

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>John Baldwin | COURT CASE NUMBER<br>C.A. 05-10898-DPW |
|---|---|
| DEFENDANT<br>Brian Ford | TYPE OF PROCESS<br>42 U.S.C. § 1983 |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Brian Ford |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | P.O. Box 100, S. Walpole, MA 02071 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Baldwin
30 Administration Rd
Bridgewater, MA 02324

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757-3698

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/16/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service   Time   am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Process returned unexecuted by Post office at 6/17/05

**EXHIBIT A**

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

4



| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>John Baldwin | COURT CASE NUMBER<br>C.A. 05-10898-DPW |
|---|---|
| DEFENDANT<br>Patrick Smith | TYPE OF PROCESS<br>42 U.S.C. § 1983 |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrick Smith

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 100, S. Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757-3698

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Jalmer | Date<br>6/16/0 |

REMARKS:
Process returned by Post office 7/5/05
Process served by Cert. Mail 6/17/05

EXHIBIT B

PRIOR EDITIONS MAY BE USED          2. USMS RECORD          FORM

6

