UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    Plaintiff,

v.

BRUCE TESSIER, *et al.*,
    Defendants.

**DEFENDANTS' MOTION
FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO
INTERROGATORIES**

    Now come the defendants in the above-captioned matter and hereby request an enlargement of time up to and including **fourteen (14) days** within which to respond to interrogatories addressed to the served defendants in this matter. As grounds therefore, the defendants state as follows:

    1.    On or about July 11, 2005, the plaintiff four (4) identical copies of handwritten interrogatories on Department of Correction ("Department") headquarters in Milford, Massachusetts. See Exhibit A attached hereto. The interrogatories themselves were not directed to any particular party, although the name of each defendant was written in pencil on the top left-hand corner of each document. The questions listed appeared to be directed to all defendants.

    2.    On or about August 3, 2005, once the documents reached the undersigned counsel's office, the undersigned wrote to the plaintiff asking that he clarify whether he was serving interrogatories on each defendant or was seeking one response on behalf of all defendants by a single, knowledgeable party. See Exhibit B attached hereto. The letter also advised the plaintiff once again that defendant Ford has not been properly served. Id.

    3.    On or about August 8, 2005, the undersigned received a letter of clarification from the plaintiff.  See Exhibit C attached hereto.

    4.    As agreed in her August 3, 2005 letter, the undersigned has attempted to complete the discovery requests as to the properly served defendants within thirty (30) days of the plaintiff's August 8, 2005 correspondence, or on or before September 8, 2005.  However, due to the fact that (1) the defendants are at different institutions spread across the state; (2) one defendant works the 11 p.m. to 7 a.m. shift, which has no overlap with normal legal division business hours; (3) each defendant has a varying work week schedule; and (4) the undersigned has a previously approved vacation from September 3 through September 13; the defendants will need additional time within which to respond to the interrogatories, up to and including **fourteen (14) days**.

    5.    In addition, due to an error in the docket entries, the undersigned was only recently made aware that Patrick Smith was not properly served with the Complaint.  See Def.'s Opp. to Request for Default filed herewith.  As the defendants have previously notified both the Court and the plaintiff, defendant Brian Ford was likewise never properly served.  Id.

    6.    Finally, the defendants have filed a dispositive motion that includes what they believe are all documents related to this matter.  See Docket Entries No. 18-22.  The defendants suggest that most information material to the case has therefore already been provided to the plaintiff.

    7.    Accordingly, the brief enlargement that will be necessary in order for the served defendants to respond to the discovery will not prejudice the plaintiff.

WHERFORE, the defendants respectfully request that the Court GRANT an enlargement up to and including **fourteen (14) days**, until **September 22, 2005**, within which the defendants may respond to the plaintiff's discovery.

Dated: August 31, 2005

Respectfully submitted,

Defendants,
By their attorneys:
NANCY ANKERS WHITE
Special Assistant Attorney General

   /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

**The Court has excused compliance with Local Rules 7.1(A)(2) and 37.1 by the defendant in this case.**

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date: August 31, 2005

   /s/ Wendy C. Weber   .
Wendy C. Weber, Counsel

Bruce Tessier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 05-10898-DPW

John Baldwin
    Plaintiff,

v

Bruce Tessier, et al
    Defendants.

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33, Fed.R.Civ.P., the Plaintiff submits the following interrogatories. You are directed to answer each of the interrogatories in writing under oath, within 30 days of service.

1. State the duties of defendants Tessier and Ford, Correctional Officers at MCI-Cedar Junction.

2. State the duties of defendant Smith, Correctional Lieutenant/officer at MCI-Cedar Junction.

3. State the duties of defendant Barron, Correctional Captain, at MCI-Cedar Junction.

4. State the Procedure in effect during April 2003 at MCI-Cedar Junction for Refusing an Housing Assignment.



5. State the Procedure in effect during April 2003 at MCI-Cedar Junction for the Use of Force.

6. State the Names, Titles, and Duties of all staff members at MCI-Cedar Junction who have the responsibility for responding to, investigating or deciding prisoners grievances.

7. State the Procedure in effect during April 2003 at MCI-Cedar Junction for responding to, investigating or deciding prisoners grievances.

8. State the Names, Titles, and duties of all staff members at MCI-Cedar Junction who have the responsibility for taking Photographs of Prisoners who have been assaulted by Prison Staff.

9. State the Procedure in effect during April 2003 at MCI-Cedar Junction for taking Photographs of Prisoners who were assaulted by Prison Staff.

Date: July , 2005

Respectfully Submitted
by
John Baldwin
John Baldwin
30 Administration Rd.
Bridgewater, Ma 02324

5

Brian Ford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 05-10898-DPW

John Baldwin
　　　Plaintiff,

v

Bruce Tessier, et al
　　　Defendants.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33, Fed.R.Civ.P., the Plaintiff submits the following interrogatories. You are directed to answer each of the interrogatories in writing under oath, within 30 days of service.

1. State the duties of defendants Tessier and Ford, Correctional officers at MCI-Cedar Junction.

2. State the duties of defendant Smith, Correctional Lieutenant/officer at MCI-Cedar Junction.

3. State the duties of defendant Barron, Correctional Captain, at MCI-Cedar Junction.

4. State the procedure in effect during April 2003 at MCI-Cedar Junction for Refusing an Housing Assignment.

6

5. State the Procedure in effect during April 2003 at MCI-Cedar Junction for the use of FORCE.

6. State the Names, Titles, and Duties of all staff members at MCI-Cedar Junction who have the responsibility for responding to, investigating or deciding Prisoners grievances.

7. State the Procedure in effect during April 2003 at MCI-Cedar Junction for responding to, investigating or deciding Prisoners grievances.

8. State the Names, Titles, and duties of all staff members at MCI-Cedar Junction who have the responsibility for taking Photographs of Prisoners who have been assaulted by Prison Staff.

9. State the Procedure in effect during April 2003 at MCI-Cedar Junction for taking Photographs of Prisoners who were assaulted by Prison Staff.

Date: July ~~30~~ , 2005

Respectfully Submitted
by
John Baldwin
John Baldwin
30 Administration Rd.
Bridgewater, Ma 02324

Thomas Barron,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 05-10898-DPW

John Baldwin
    Plaintiff,

V

Bruce Tessier, et al
    Defendants.

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33, Fed. R. Civ. P., the Plaintiff submits the following interrogatories. You are directed to answer each of the interrogatories in writing under oath, within 30 days of service.

1. State the duties of defendants Tessier and Ford, Correctional Officers at MCI-Cedar Junction.

2. State the duties of defendant Smith, Correctional Lieutenant/Officer at MCI-Cedar Junction.

3. State the duties of defendant Barron, Correctional Captain, at MCI-Cedar Junction.

4. State the procedure in effect during April 2003 at MCI-Cedar Junction for Refusing an Housing Assignment.

5. State the Procedure in effect during April 2003 at MCI-Cedar Junction for the use of FORCE.

6. State the Names, Titles, and Duties of all staff members at MCI-Cedar Junction who have the responsibility for responding to, investigating or deciding Prisoners grievances.

7. State the Procedure in effect during April 2003 at MCI-Cedar Junction for responding to, investigating or deciding Prisoners grievances.

8. State the Names, Titles, and duties of all staff members at MCI-Cedar Junction who have the responsibility for taking Photographs of Prisoners who have been assaulted by Prison Staff.

9. State the Procedure in effect during April 2003 at MCI-Cedar Junction for taking Photographs of Prisoners who were assaulted by Prison Staff.

Date: July   , 2005

Respectfully Submitted
by
John Baldwin
John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

Patrick Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 05-10898-DPW

John Baldwin
   Plaintiff,

v

Bruce Tessier, et al
   Defendants.

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33, Fed.R.Civ.P., the Plaintiff submits the following interrogatories. You are directed to answer each of the interrogatories in writing under oath, within 30 days of service.

1. State the duties of defendants Tessier and Ford, Correctional Officers at MCI-Cedar Junction.

2. State the duties of defendant Smith, Correctional Lieutenant/Officer at MCI-Cedar Junction.

3. State the duties of defendant Barron, Correctional Captain, at MCI-Cedar Junction.

4. State the procedure in effect during April 2003 at MCI-Cedar Junction for refusing an Housing Assignment.

5. State the Procedure in effect during April 2003 at MCI-Cedar Junction for the Use of FORCE.

6. State the Names, Titles, and Duties of all staff members at MCI-Cedar Junction who have the responsibility for responding to investigating or deciding Prisoners grievances.

7. State the Procedure in effect during April 2003 at MCI-Cedar Junction for responding to investigating or deciding Prisoners grievances.

8. State the Names, Titles, and duties of all staff members at MCI-Cedar Junction who have the responsibility for taking Photographs of Prisoners who have been assaulted by Prison Staff.

9. State the Procedure in effect during April 2003 at MCI-Cedar Junction for taking Photographs of Prisoners who were assaulted by Prison Staff.

Date: July   , 2005

Respectfully Submitted
by
*John Baldwin*
John Baldwin
30 Administration Rd.
Bridgewater, Ma 02324

 

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Legal Division*
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 Ext. 124
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Deputy Commissioner*

Nancy Ankers White
*General Counsel*

August 3, 2005

John Baldwin (W54132)
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Re: **Baldwin v. Tessier, *et al.***
    **USDC No. 05-10898-DPW**

Dear Mr. Baldwin:

I am in receipt of several copies of a document entitled Plaintiff's First Set of Interrogatories. I am writing because the document itself is not directed to a specific party (although names are penciled in on the top left corner). Also, the document appears to ask questions about all of the defendants instead of being tailored to any specific defendant.

Could you please clarify by return mail whether you intend <u>each</u> defendant to answer the entire set of interrogatories, or whether you are seeking a <u>single</u> person with knowledge to answer a single set of interrogatories? Once you have provided this information, I will respond within thirty (30) days as set forth in the rule.

Also, please be advised that until you have completed service on Brian Ford, he is not a party subject to interrogatories. Accordingly, if you wish one of these documents to be answered by Mr. Ford, please be advised that he will not respond until thirty (30) days after proper service of your complaint has been completed.

Printed on Recycled Paper



EXHIBIT
B

12

Finally, please make sure that, from now on, you serve all correspondence and pleadings related to this litigation on me at the legal division, rather than through the headquarters in Milford. This will ensure that your pleadings reach me in a timely fashion.

Very truly yours,

Wendy C. Weber
Counsel

enc.

August 5, 2005

John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

Wendy C. Weber
Counsel
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300

AUG -8 2005

RE: Baldwin v. Tessier, et al.
    USDC No. 05-10898-DPW

Dear Ms. Weber:

I am writing to inform you that just to clarify that I intend for each defendant to answer the entire set of interrogatories for that reason their name is penciled in the left hand corner. Please be advised that I did provide the U.S. marshall with an alternative address see Docket entry 12.

Very truly yours
John Baldwin
John Baldwin

EXHIBIT C

14