DATED: Oct. 5, 2005

John Baldwin
30 Administration Rd.
Bridgewater, Ma.
02324

Michelle Rynne
Judge Woodlock's Court Room Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Baldwin v. Tessier, et al
    C.A. 05-10898-DPW

Dear Ms. Rynne:

      I am Respectfully Requesting a copy
of the following documents due to the fact that
they are missing from my files: 3, 5, 6, 7, 8, 13, I am
further respectfully requesting a copy of Judge woodlock's
decision on Plaintiff's Motion To Enlarge Time filed
on Aug. 30, 2005 ( ) Motion for reconsideration by John
Baldwin filed on 8-09-2005,(17), and Request for notice of
default. unscannable filed on 8-19-2005 (22).

      I would like to Thank You for Your time and
Consideration to this matter.

Thank You
Sincerly
John Baldwin
John Baldwin

P.S. Please send a copy
of this letter back.