```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                    )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )      05-10898-DPW
                                 )
BRUCE TESSIER, BRIAN FORD,       )
PATRICK SMITH, AND               )
THOMAS BARRONI,                  )
     Defendants.                 )
```

MEMORANDUM AND ORDER
March 22, 2006

On August 9, 2005, the plaintiff John Baldwin filed a Motion for Reconsideration concerning my Order on July 14, 2005 granting the Defendants' Motion to Waive Local Rules 7.1(a)(2) and 37.1 filed on July 14, 2005.

To be sure, the fourteen (14) day period provided for by LR., D. Mass. 7.1(b)(2) for filing an opposition to the motion had not passed when I granted the motion on July 14, 2005. However, Mr. Baldwin does not provide any reasons in his Motion for Reconsideration why I should reverse my determination that the Defendants' motion should be granted. I continue to believe that, given Mr. Baldwin's status as a prisoner appearing pro se in this matter, the Defendants' Motion to Waive Local Rules 7.1(a)(2) and 37.1 was a reasonable request and deny Mr. Baldwin's Motion for Reconsideration as a result.

In order to clarify some apparent confusion, I note that by granting the motion to waive these particular rules, I did not

excuse the Defendants from their discovery obligations. Excusing the Defendants' compliance with Local Rule 7.1(a)(2) only means that before the Defendants file a motion, they do not need to have conferred with Mr. Baldwin in an attempt to resolve or narrow the issue raised in the particular motion. Similarly, excusing the Defendants' compliance with Local Rule 37.1 only means that they do not have to confer with Mr. Baldwin to narrow the areas of disagreement before filing any discovery motions.

As will appear from the Memorandum and Order issued today with respect to the Defendants' Motion for Summary Judgment, I find that there are genuine issues of material fact as to certain of the Plaintiff's assault and battery and excessive force claims against Defendants Smith, Tessier and Barroni. Consequently, further proceedings will be necessary in this case. Mr. Baldwin may wish to consider requesting appointment of counsel to litigate the case further on his behalf. Such an appointment would obviate the need for continued waiver of Local Rules 7.1(a)(2) and 37.1 and is likely to lead to more efficient resolution of this case. Consequently, the Court would look favorably upon a request by Mr. Baldwin for appointment of counsel.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE