UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN BALDWIN,                     )
     Plaintiff,                   )
                                  )       CIVIL ACTION NO.
     v.                           )       05-10898-DPW
                                  )
BRUCE TESSIER, BRIAN FORD,        )
PATRICK SMITH, AND                )
THOMAS BARRONI,                   )
     Defendants.                  )
```

MEMORANDUM AND ORDER
March 22, 2006

The Plaintiff, John Baldwin, filed a Complaint on April 27, 2005 against four officers (Tessier, Smith, Barroni, and Ford) regarding an alleged incident in April 2003 at M.C.I. Cedar Junction. On July 14, 2005, the Defendants filed a motion to extend time for them to file an Answer. I granted the Defendants' motion, extending the time to file their responsive pleadings until August 15, 2005. On August 15, 2005 counsel filed a Motion to Dismiss, or, in the Alternative, for Summary Judgment on behalf of the served defendants (Tessier, Smith, and Barroni). In the accompanying Memorandum, counsel indicated further that "the summons intended for defendant Brian Ford was returned unexecuted. See Docket Entry No. 12. To date, Mr. Baldwin has not completed service on Mr. Ford. Notwithstanding the foregoing and without waiving defendant Ford's right to personal service, the defendants herein state that all claims should be dismissed against Mr. Ford on the merits as discussed

below."  Def.'s Memorandum, p. 1 n. 1.

On August 19, 2005, Mr. Baldwin filed a Request for Entry of Default arguing that default be entered against the Defendants pursuant to Fed. R. Civ. P. 55(a) because they failed to plead or otherwise defend by August 15, 2005. The request and accompanying affidavit were dated August 17, 2005, perhaps before Mr. Baldwin received copies of the Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment filed on August 15, 2005.

Since the Defendants Tessier, Smith and Barroni filed responsive pleadings with the Court within the extended deadline and served the plaintiff by mail[1], they are not in default. Moreover, it appears from the record that the summons to Brian Ford was returned unexecuted, as the Defendants pointed out in their Motion to Enlarge Time filed on July 15, 2005. Accordingly, Defendant Ford is also not in default. Consequently, I decline the Plaintiff's request for default.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

---

[1] For responsive pleadings served by mail, as here, "[s]ervice is complete on mailing."  Fed. R. Civ. P. 5(b)(2)(B).