UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAR 31 A 11: 29
U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN BALDWIN
    PLAINTIFF,

CIVIL ACTION
NO. 05-CV-10898DPW

V.

BRUCE TESSIER, ET AL
    DEFENDANTS.

PLAINTIFF'S PRO SE MOTION FOR APPOINTMENT OF COUNSEL TO REPRESENT HIM IN FORTHCOMING TRIAL PROCEEDINGS

Now comes the Plaintiff John Baldwin, while Acting Pro se in the above-entitled matter, and moves as Suggested by this Court (see Docket #30) that this Honorable Court appoint counsel to represent him in matters left to be decided by trial.

    As reasons thereto, Plaintiff says he is indigent and as a matter of fairness, and efficiency in resolving issues related to defendant's violation of Constitutional rights, which have caused him harm, it would be best in the interest of Justice, and efficiency in resolving them issues, that Counsel be appointed who is more familiar with the Rules and Procedures of the Court.

In support thereof, Plaintiff adds that this Court has, in part, decided in his favor, upon defendant's motion to Dismiss or in Alternative Summary Judgement (see Docket Item #26) on/about March 22, 2006, and in light thereof, has left unresolved Constitutional Questions, Inter Alia, for trial, and where Plaintiff is not a Practitioner of law familiar with proper Courtroom etiquette, Rules, etc., in litigating such matters, the Appointment of trial Counsel would best serve the need for finality and efficiency in the remaining matters left for trial.

    THEREFORE, herein, in the Interest of Justice, expediency, and efficiency towards Resolving at trial, those remaining issues from "Summary Judgement" that are unresolved, and still in dispute, the Plaintiff respectfully requests that this Honorable Court Allow his motion and Appoint Counsel to represent him in the above-entitled matter.

Respectfully Submitted by:

DATED:

John Baldwin Pro Se
30 Administration Rd.
Bridgewater, MA 02324