John Baldwin
30 Administration Rd.
Bridgewater, Ma. 02324

FILED
CLERKS OFFICE
2006 APR 28 A 11:37
U.S. DISTRICT COURT
DISTRICT OF MASS

DOCKETED

UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
OFFICE OF THE CLERK
BOSTON, MA 02210

RE: Baldwin v Tessier, et al.
C.A. No. 05-10898-DPW

Dear Sir/Madam:

I am respectfully requesting a copy of the Docket Sheet for the above entitled matter. Due to the fact that on or about 3/31/06 I filed a motion for appointment of Counsel as suggested by this Court in the Judge Woodlock's decision on 3/22/06, but however, since the ruling I have been having trouble with my legal mail going out. I just need to make sure my motion was Docketed/Received by this Court.

I would like to Thank You for Your time and consideration to this matter.

Thank You
Sincerely,

John Baldwin
John Baldwin

CC: FILE