Date: June 12, 2006

John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

Michelle Rynne
Judge Woodlock's Clerk
U.S. District Court Clerk's office
1 Courthouse Way
Boston, MA 02210

RE: Baldwin v. Tessier, et al
Civil Action No. 05-10898-DPW

Dear Ms. Rynne:

I writing in regards to my Motion to Appointment of Counsel, this motion was placed on the docket sheet on 3/31/06 but as of June 12, 2006 I still have not heard if this motion was ruled upon as of yet.

Ms. Rynne I'm respectfully requesting that this matter be scheduled for a Jury Trial.

I would like to Thank you for your time and consideration to this matter.

Thank You
Sincerely
John Baldwin
John Baldwin