John Baldwin
30 Administration Rd
Bridgewater, MA 02324

FILED
CLERKS OFFICE
2006 JUL 26 P 2: 45
US DISTRICT COURT
DISTRICT OF MASS

Michelle Rynne
Judge Woodlock's Clerk
United States District Court
Clerk's Office
1 Courthouse Way
Boston, MA 02210

RE: Baldwin v. Tessier, et al
    Case Number: 1:05-cv-10898 DPW

Dear Ms. Rynne:

I'm writing in regards to my motion for Appointment of Counsel Paper No. 32, entered on 04/05/2006, according to the recent docket sheet 4/28/06 this motion has not been ruled upon. Therefore, I'm respectfully requesting as to when this motion my be heard or will I have to continue to proceed Pro-Se, the reason I ask is because I would like to schedule a trial date at your earliest convenience.

I would like to Thank you for your time and consideration to this matter.

Thank You
Sincerely
John Baldwin
John Baldwin