UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,
        Plaintiff

        v.                                  Civil Action No. 05-10898-DPW

BRUCE TESSIER, ET AL.,
        Defendants.

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

        This matter is before the Court on the request of the Plaintiff for the appointment of counsel to serve *pro bono.*

        There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that Michael Shin, Esq.* is appointed to represent the Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order.  Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an order revoking said appointment.

        This appointment is limited solely to those matters at issue in this case.  Counsel is not being appointed to represent the Plaintiff generally or in any other proceeding.


                                  DOUGLAS P. WOODLOCK
                                  UNITED STATES DISTRICT JUDGE

Date: August 8, 2006                By:  /s/ Rebecca Greenberg
                                    Rebecca Greenberg, Esq.
                                    Pro Bono Coordinator/Pro Se Staff Attorney


* Contact:

Michael S. Shin
Dechert LLP
John Hancock Tower
200 Clarendon Street
Boston, MA 02116
617-728-7133
617-426-6567 (fax)
michael.shin@dechert.com