UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,

    Plaintiff,

v.

BRUCE TESSIER, *et al.*,

    Defendants.

## DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER

Now come Bruce Tessier, Patrick Smith and Thomas Barroni, defendants in the above-captioned matter, and hereby respectfully request that this Court accept the Answer filed herewith.  As grounds therefore, the defendants state as follows:

    1.    On or about August 15, 2005, the defendants filed, in lieu of an Answer, a Motion to Dismiss, or in the Alternative, for Summary Judgment.  See Docket Entries No. 18-21.

    2.    On or about February 3, 2006, the undersigned counsel began an approved leave of absence from the Department.  During that time, her caseload was monitored and issues addressed as they arose.

    3.    On or about March 22, 2006, the Court (Woodlock, J.) entered an Order granting in part and denying in part the defendants' Motion for to Dismiss, or in the Alternative, for Summary Judgment.  See Docket Entry No. 29.  The Court treated the motion as one for Summary Judgment, and entitled the Order as one granting and denying Summary Judgment.

4. Due to the fact that the Order was one for Summary Judgment, it appears the attorney who received the order assumed in error that there had already been an Answer filed in this matter. Accordingly, the defendants' Answer has not been filed,

5. The undersigned counsel returned from leave on August 7, 2006. It came to her attention on August 8, 2006 that counsel had been appointed for the plaintiff. Upon reviewing the case file in the days that followed to see what other action had taken place during her absence, the undersigned realized the defendants' Answer was due.

6. The defendants' have filed an Answer herewith.

7. There is no prejudice to the plaintiff should the Court accept the Answer. No action was requested or taken by the plaintiff from the date of the Order through the present, other than to request appointment of counsel and to question the Court concerning same. See Docket Entries No. 32-35. In addition, the defendants have otherwise zealously defended this matter, as attested to by the dispositive motion that was allowed in part by the Court.

WHEREFOR, the defendants respectfully request that this Court accept their Answer, filed herewith.

Dated: August 14, 2006               Respectfully submitted,

                                     NANCY ANKERS WHITE
                                     Special Assistant Attorney General

                                       /s/ Wendy C. Weber
                                     Wendy C. Weber, Counsel
                                     BBO No. 633950
                                     Department of Correction
                                     Legal Division
                                     70 Franklin Street, Suite 600
                                     Boston, MA 02110-1300
                                     (617) 727-3300 x189

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on the counsel appointed for plaintiff, Michael Shin, Esq., 200 Clarendon Street 27th Floor, Boston, MA 02116-5021, by first class mail.

Dated: August 14, 2006               /s/ Wendy C. Weber
                                  Wendy C. Weber, Counsel