UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN                               C.A. No. 05-10898
        PLAINTIFF,

V

BRUCE TESSIER, ET AL.
            DEFENDANTS,

MOTION TO PLACE CASE ON LIST
        FOR TRIAL

The Plaintiff in the above-entitled action moves that said action may be placed on the current list for trial, on the ground(s) that: on March 22, 2006, Judge Woodlock granted in part and denied in part Defendant's Motion To Dismiss or, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND DISCOVERY IS COMPLETE.

Dated: August 9, 2006

RESPECTFULLY SUBMITTED,
John Baldwin
John Baldwin, PRO SE
30 Administration Rd.
Bridgewater, MA 02324

CC: WENDY C. WEBER
    ATTORNEY OF RECORD
    FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I, John Baldwin, Pro se, hereby certify under penalty of perjury that a true and correct copy of the MOTION TO PLACE CASE ON LIST FOR TRIAL has been provided to the ATTORNEY Wendy C. Weber at Department of Correction, 70 Franklin St, Ste 600, Boston, MA 02110, by placing said motion in a postage-paid envelope and mailing said envelope via United States mail (prison mailbox) this 9th day of August, 2006.

Dated: August 9, 2006

John Baldwin
John Baldwin