UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,
        Plaintiff

    v.                      Civil Action No. 05-10898-DPW

BRUCE TESSIER, ET AL.,
        Defendants.

MEMORANDUM AND ORDER

WOODLOCK, D.J.

    On August 8, 2006, this Court issued an Order (#36) granting Plaintiff's Motion for Appointment of Counsel and appointing Attorney Michael Shin, Esq. to represent the Plaintiff *pro bono.*

    Subsequently, on August 14, 2006, Plaintiff filed a Motion for Trial (#39), *pro se*, apparently unaware of the recent appointment of *pro bono* counsel. The Motion for Trial (#39) is hereby Denied without prejudice. The Plaintiff, having sought the appointment of *pro bono* counsel, may only file pleadings through his counsel. He is not permitted to act *pro se* and also be represented by *pro bono* counsel.

    Accordingly, it is hereby Ordered that Plaintiff may not file any further pleadings in this action *pro se*, unless Plaintiff either (1) moves to have *pro bono* counsel withdraw in this action and for Plaintiff to proceed with this case *pro se,* or (2) Plaintiff files a motion for leave to file a *pro se*

pleading, upon good cause shown.[1]


SO ORDERED.

                                    /s/ Douglas P. Woodlock
                                    DOUGLAS P. WOODLOCK
                                    UNITED STATES DISTRICT JUDGE
Dated: August 17, 2006

---

[1] If Plaintiff files a motion for leave to file a *pro se* pleading, he must show good cause why his pleading could not be filed through his court-appointed attorney, however, Plaintiff is not required to provide any information which would infringe upon the attorney-client privilege.