UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 :
JOHN BALDWIN,                                                    :
                         Plaintiff,                              :
                                                                 :   C.A. No. 05-10898-DPW
         -against-                                               :
                                                                 :
                                                                 :
BRUCE TESSIER, BRIAN FORD,                                       :
PATRICK SMITH, and THOMAS                                        :
BARRONI,                                                         :
                                                                 :
                         Defendants.                             :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE OF MICHAEL S. SHIN**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael S. Shin on behalf of plaintiff John Baldwin in the above-captioned matter.

Dated: September 19, 2006         /s/ Michael S. Shin
                                  Bernard J. Bonn III, BBO # 049140
                                  Michael S. Shin, BBO # 658134
                                  Michael C. Higgins, BBO # 662443
                                  DECHERT LLP
                                  200 Clarendon Street, 27th Floor
                                  Boston, MA  02116
                                  (617) 728-7133 (phone)
                                  (617) 426-6567 (fax)
                                  michael.shin@dechert.com

                                  *Attorneys for Plaintiff John Baldwin*