UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
: 
JOHN BALDWIN, :
Plaintiff, :
: C.A. No. 05-10898-DPW
-against- :
:
:
BRUCE TESSIER, BRIAN FORD, :
PATRICK SMITH, and THOMAS :
BARRONI, :
:
Defendants. :
------------------------------------------------------------- x

### NOTICE OF APPEARANCE OF BERNARD J. BONN III

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Bernard J. Bonn III on behalf of plaintiff John Baldwin in the above-captioned matter.

Dated: September 21, 2006

/s/ Bernard J. Bonn III
Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7133 (phone)
(617) 426-6567 (fax)
michael.shin@dechert.com

*Attorneys for Plaintiff John Baldwin*

12469416.1.LITIGATION 9/21/2006 12:41 PM