UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOHN BALDWIN,

               Plaintiff,

    -against-

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and THOMAS
BARRONI,

               Defendants.

---

C.A. No. 05-10898-DPW

## NOTICE OF APPEARANCE OF MICHAEL C. HIGGINS

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael C. Higgins on behalf of plaintiff John Baldwin in the above-captioned matter.

Dated: September 21, 2006

/s/ Michael C. Higgins
Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116
(617) 728-7133 (phone)
(617) 426-6567 (fax)
michael.shin@dechert.com

*Attorneys for Plaintiff John Baldwin*

12469416.1.LITIGATION 9/21/2006 2:14 PM