UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
:
JOHN BALDWIN,                             :
              Plaintiff,                  :
                                          :   C.A. No. 05-10898-DPW
      -against-                           :
                                          :
BRUCE TESSIER, BRIAN FORD,                :
PATRICK SMITH, and THOMAS                 :
BARRONI,                                  :
                                          :
              Defendants.                 :
------------------------------------------------------------ x

## ASSENTED TO MOTION TO CONTINUE SCHEDULING HEARING

Plaintiff John Baldwin hereby respectfully moves the Court to issue an order continuing the scheduling conference, presently scheduled for September 28, 2006. Plaintiff requests that the hearing be continued to November 2, 2006, or as soon thereafter as the Court's schedule allows.

As grounds for this motion, Plaintiff states that due to vacation schedules and unforeseen scheduling conflicts, recently-appointed counsel for Plaintiff was unable to confer with Plaintiff and Defendants' counsel early enough to allow adequate time to prepare the submissions required under Local Rule 16.

WHEREFORE, Plaintiff seeks an order from the Court continuing the scheduling conference to November 2, 2006, or as soon thereafter as the Court's schedule allows.

Dated: September 22, 2006

/s/ Michael S. Shin
Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7133 (phone)
(617) 426-6567 (fax)
michael.shin@dechert.com

*Attorneys for Plaintiff John Baldwin*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Baldwin certifies that he has conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues presented by this Motion and Defendants' counsel has assented to this Motion.

September 22, 2006

/s/ Michael S. Shin
Michael S. Shin

## CERTIFICATE OF SERVICE

I, Michael S. Shin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 22, 2006.

/s/ Michael S. Shin