UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN              :
                          :
        Plaintiff         :    C.A. No. 05-10898-DPW
                          :
    v.                    :
                          :
BRUCE TESSIER, BRIAN FORD,:
PATRICK SMITH, and THOMAS BARRONI :
                          :
        Defendants        :

NOTICE OF APPEARANCE
OF ALESSANDRO MARTUSCELLI

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Alessandro Martuscelli on behalf of plaintiff John Baldwin in the above-captioned matter.

Dated: September 25, 2006

/s/ Alessandro Martuscelli
Bernard J. Bonn, III (BBO #049140)
Michael S. Shin (BBO #658134)
Michael C. Higgins (BBO #662443)
Alessandro Martuscelli (BBO #665775)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Fax: (617) 426-6567
alessandro.martuscelli@dechert.com

*Attorneys for Plaintiff*