UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
:
JOHN BALDWIN,                                 :
            Plaintiff,   :
:    C.A. No. 05-10898-DPW
   -against-                                :
:
:
BRUCE TESSIER, BRIAN FORD,                    :
PATRICK SMITH, and THOMAS                     :
BARRONI,                                      :
:
           Defendants.   :
---------------------------------------------------------------- x

## JOINT STATEMENT AND PROPOSED SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

The parties hereby submit the following Joint Statement, pursuant to Local Rule 16.1(D):

1.     <u>Schedule for Discovery and Motions.</u> Counsel for the parties disagree on whether any further discovery is needed in this case. Defendants believe that the documents exchanged through written discovery and those filed in support of their motion for summary judgment constitute all relevant documents in the case, that deposition discovery is unnecessary, and thus immediate trial is warranted. Plaintiff is not yet satisfied that the documents produced by Defendants and submitted in connection with the summary judgment papers include all relevant and responsive documents, and would like the opportunity to conduct follow-up written discovery as necessary. In addition, Plaintiff believes that trial is not appropriate in the absence of an opportunity for deposition discovery. Plaintiff also is assessing whether expert witness testimony may be appropriate for the case.

In the event the Court finds that further discovery is appropriate, the parties have agreed upon the following schedule:

| EVENT | Proposed Deadline for Completion |
|---|---|
| Automatic Disclosures pursuant to L.R. 26.2(A) | November 16, 2006 |
| Plaintiff's identification of experts and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) | March 30, 2006 |
| Defendant's identification of experts and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) | April 30, 2006 |
| Discovery | June 29, 2006 |
| Dispositive Motions Filed | July 31, 2006 |
| Responses to Dispositive Motions Filed | August 31, 2006 |

2. <u>Discovery Limits</u>. The parties have agreed that they will be able to conduct discovery within the limits set forth in Local Rule 26.1 (C).

3. <u>Settlement</u>. Pursuant to Local Rule 16.1 (C), Plaintiff has tendered a written settlement proposal to Defendants. Defendants' counsel will respond to the settlement proposal at or prior to the Scheduling Conference.

4. <u>Trial by Magistrate Judge</u>. At this time, neither party is prepared to consent to trial by a Magistrate Judge.

5. <u>Budget and Alternative Dispute Resolution</u>. Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution ("ADR"). At this juncture, the parties are not

interested in ADR. The parties have agreed to consider mediation or arbitration on an ongoing basis as an option for the resolution of this matter. The parties have attached their certifications required pursuant to Local Rule 16.1 (D)(3), or will submit them promptly.

6. <u>Modification of Schedule</u>. The parties agree that all dates set forth herein may be modified by written agreement of the parties approved by the Court, or upon order of the Court for good cause shown.

Dated: October 26, 2006

| | |
|---|---|
| /s/ Michael S. Shin | /s/ Wendy C. Weber |
| Bernard J. Bonn III, BBO # 049140 | Nancy Ankers White |
| Michael S. Shin, BBO # 658134 | Wendy C. Weber |
| Michael C. Higgins, BBO # 662443 | Department of Correction |
| Alessandro Martuscelli (BBO # 665775) | Legal Division |
| Dechert LLP | 70 Franklin Street, Suite 600 |
| 200 Clarendon Street, 27th Floor | Boston, MA 02110-1300 |
| Boston, MA 02116 | (617) 727-3300 ext. 189 |
| (617) 728-7133 (phone) | wcweber@doc.state.ma.us |
| michael.shin@dechert.com | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10898-DPW

JOHN BALDWIN,
    Plaintiff,

v.

BRUCE TESSIER, et al.,
    Defendants.

### CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Kathleen M. Dennehy, Commissioner of the Department of Correction ("Department"), and Wendy C. Weber, Counsel, hereby certify that:

(1) Commissioner Dennehy is an authorized representative of the defendants in the above-captioned litigation.

(2) The undersigned counsel has discussed an estimated budget for the costs of conducting the full course of this litigation and its various alternatives with Commissioner Dennehy.

(3) The undersigned counsel has discussed the use of alternative dispute resolution with Commissioner Dennehy.

Dated: September 21st, 2006

_____
Kathleen M. Dennehy
Commissioner
Department of Correction
50 Maple Street, Ste. 3
Milford, MA 01757-3698
(508) 422-3300

_____
Wendy C. Weber, Counsel
BBO No. 633950
Nancy Ankers White
Special Assistant Attorney General
BBO No. 525550
Department of Correction Legal Division
70 Franklin Street, Ste. 600
Boston, MA 02110-1300
(617) 727-3300 x189

## Plaintiff's Certification Pursuant to Local Rule 16.1(D)(3)

The undersigned counsel and plaintiff John Baldwin hereby certify that they have conferred: (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 10/20, 2006

*[signature]*

Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7133 (phone)
(617) 426-6567 (fax)
michael.shin@dechert.com

*Attorneys for Plaintiff John Baldwin*

*[signature]*

John Baldwin

Dated: _____, 2006

12538455.1.LITIGATION 10/16/2006 4:43 PM