## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### WRIT OF  HABEAS CORPUS

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN OR SUPERINTENDENT**

**Medical Treatment Center**

**30 Administration Road**

**Bridgewater, MA 02324**

**YOU ARE COMMANDED** to have the body of **JOHN BALDWIN (Commitment Number M87791)** now in your custody, available for a video conference before  Hon. Douglas P. Woodlock, U.S.D.J., United States District Court on <u>**NOVEMBER 2, 2006 AT  2:00 P.M.**</u> for the purpose of a <u>STATUS CONFERENCE</u>, in connection with the case <u>JOHN BALDWIN V. BRUCE TESSIER ET AL </u>, CA 05-10898-DPW.

And you are to retain the body of said **JOHN BALDWIN**   while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 31st day of OCTOBER 2006.

SARAH THORNTON

CLERK OF COURT

By:  <u>/s/ Michelle Rynne</u>

Deputy Clerk