UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 :
JOHN BALDWIN,                                                    :
                        Plaintiff,                               :
                                                                 :   C.A. No. 05-10898-DPW
        -against-                                                :
                                                                 :
                                                                 :
BRUCE TESSIER, BRIAN FORD,                                       :
PATRICK SMITH, and THOMAS                                        :
BARRONI,                                                         :
                                                                 :
                        Defendants.                              :
---------------------------------------------------------------- x

## PLAINTIFF'S MOTION FOR RECONSIDERATION

For the reasons stated in the accompanying memorandum of law, plaintiff John Baldwin hereby moves the Court, pursuant to Federal Rule of Civil Procedure 59(e), for reconsideration of its March 22, 2006 Memorandum and Order and requests that the Court grant Mr. Baldwin an extension of time within which to serve defendant Brian Ford pursuant to Federal Rule of Civil Procedure 4(m).

Dated:  November 16, 2006

/s/  Michael C. Higgins
Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
Alessandro Martuscelli, BBO # 665775
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116
(617) 654-8610 (phone)
(617) 426-6567 (fax)
michael.higgins@dechert.com

*Attorneys for Plaintiff John Baldwin*