UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------- x
                                         :

JOHN BALDWIN,                     :
                    Plaintiff,       :
                                           :       C.A. No. 05-10898-DPW
         -against-               :
                                           :

BRUCE TESSIER, BRIAN FORD,      :
PATRICK SMITH, and THOMAS       :
BARRONI,                            :
                                           :
                   Defendants.      :
-------------------------------------------------------------- x

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION**

        Plaintiff John Baldwin ("Mr. Baldwin"), an inmate currently incarcerated at M.C.I.-Bridgewater, filed this action *in forma pauperis*, alleging, *inter alia*, excessive use of force by defendants Bruce Tessier, Brian Ford, Patrick Smith, and Thomas Barroni (collectively "Defendants"). On March 22, 2006, the Court dismissed defendant Brian Ford pursuant to Fed. R. Civ. P. 4(m) for failure to complete service of process. As set forth more fully below, Mr. Baldwin respectfully requests that the Court vacate its dismissal of Mr. Ford. Mr. Baldwin's *pro se* status and reliance on the United States Marshals Service to effect service constitutes good cause warranting an extension of time to serve under Fed. R. Civ. P. 4(m). Moreover, the totality of circumstances, including Mr. Baldwin's unawareness of the consequences of failing to serve Mr. Ford and the absence of any prejudice to Defendants, supports the grant of a reasonable extension of time to complete service. Accordingly, Mr. Baldwin respectfully requests that the Court

partially vacate its March 22, 2006 order and grant Mr. Baldwin additional time to complete service on Mr. Ford.

## **BACKGROUND**

Mr. Baldwin is an indigent prisoner who has asserted claims for the violation of his constitutional rights and for common law assault and battery. On April 27, 2005, Mr. Baldwin filed his complaint and moved for leave to proceed *in forma pauperis*. On May 5, 2005, the Court granted Mr. Baldwin's motion and ordered that "the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order as directed by [Mr. Baldwin]." (May 5, 2005 Order (Docket No. 4.)

Pursuant to this order, Mr. Baldwin directed the United States Marshals Service ("Marshals Service") to serve each defendant at his last known work address, M.C.I.-Cedar Junction in Walpole, Massachusetts. *See* Exhibits A-D. Mr. Baldwin also provided the Marshals Service with an alternative address for service, the central office of the Massachusetts Department of Corrections ("DOC") in Milford, Massachusetts. *Id.* On June 17, 2005, service was accepted at M.C.I.-Cedar Junction for each of the Defendants, except for Brian Ford.[1] *Id.* It does not appear that the Marshals Service made any attempt to serve Mr. Ford at the DOC central office. Counsel for Defendants sometime thereafter advised Mr. Baldwin in a letter of Mr. Ford's current address.

On July 14, 2005, Defendants moved to enlarge the time in which to respond to the complaint. In this motion, Defendants advised the Court that M.C.I.-Cedar

---

[1]      Officials at M.C.I.-Cedar Junction apparently refused service because they mistakenly believed service was intended for an inmate with the same name. (*See* Defendants' Motion to Enlarge Time (Docket No. 15) at ¶ 5.)

Junction had mistakenly rejected service on Mr. Ford and provided Mr. Ford's current address.[2]  The Court granted Defendants' motion, providing an additional thirty days in which to respond to the complaint.

On August 15, 2005, Defendants filed a motion to dismiss the complaint, or, in the alternative, for summary judgment.  In their memorandum in support of their motion, Defendants stated, in a footnote, that Mr. Ford had not yet been served but requested the dismissal of "all claims . . . against Mr. Ford *on the merits* discussed below."  (Defs. Memo. of Law in Support of Motion to Dismiss, or, in the Alternative, for Summary Judgment (Docket No. 21) at 1 n.1 (emphasis added).)  Defendants at no point requested dismissal of Mr. Ford on the grounds of deficient service.

On August 17, 2005, Defendants filed an opposition to Mr. Baldwin's Motion for Default, in which they again advised the Court of the incomplete service of Mr. Ford.  As in their prior filings, Defendants did not ask the Court to dismiss Mr. Ford based on Mr. Baldwin's failure to complete service.

On March 22, 2006, the Court issued a memorandum and order granting in part and denying in part Defendants' motion to dismiss.  The Court noted that Mr. Baldwin had failed to complete service on Mr. Ford and dismissed, *sua sponte*, the complaint in its entirety against Mr. Ford pursuant to Fed. R. Civ. P. 4(m).

Upon recommendation by the Court, Mr. Baldwin thereafter filed a request for appointment of counsel.  On August 8, 2006, the Court appointed Michael Shin, Esq., to act as counsel on Mr. Baldwin's behalf in these proceedings.

---

[2]    According to the motion, Mr. Ford was employed at M.C.I.-Norfolk as of July 2005, but it is unclear whether he was employed at M.C.I.-Cedar Junction at the time the Marshals Service attempted service.

## **ARGUMENT**

**A.    An Extension of Time to Complete Service is Warranted
Under Fed. R. Civ. P. 4(m)**

In the event that a plaintiff fails to complete service within 120 days, Fed.

R. of Civ. P. 4(m) provides that the Court has the option either to dismiss the complaint

without prejudice or to "direct that service be effected within a specific time." Fed. R.

Civ. P. 4(m). In the event that good cause is shown, Rule 4(m) mandates a reasonable

extension to complete service. *Id.*

While Mr. Baldwin does not dispute that he failed to serve Mr. Ford

within 120 days of filing the complaint, reconsideration of Mr. Ford's dismissal is

nevertheless appropriate in light of the following circumstances: (a) the Marshals Service

failed to serve the Department of Corrections according to Mr. Baldwin's instructions;

(b) Mr. Baldwin's *pro se* status at all times prior to the Court's order and his confusion

regarding the consequences of incomplete service; (c) Mr. Baldwin's good faith attempt

to complete service together with his lack of available funding for a second service

attempt; (d) the prejudice to Mr. Baldwin if Mr. Ford is dismissed from this action; (e)

the lack of prejudice to Mr. Ford and to the other Defendants if he is reinstated; and (f)

the notice that Defendants had of the pendency of this action.

**1.    The Court Should Find that the Marshals Service's Failure to
Serve Mr. Ford Constitutes Good Cause for an Extension**

In the event a plaintiff can show good cause for a failure to complete

service, Rule 4(m) requires that the Court grant a reasonable extension of time to

complete such service. While the First Circuit has not directly addressed this issue,

courts in other circuits have generally found good cause has been established by evidence

that an indigent prisoner relied on the Marshals Service to complete service after

4

providing adequate identification information about the defendant(s), even though service was not completed. *See, e.g., Ruddock v. Reno*, 104 Fed. Appx. 204, 206-07 (2d Cir. 2004) (inmate established good cause where Marshals Service returned summons unexecuted because defendants were employed at a different correctional facility); *Moore v. Jackson*, 123 F.3d 1082, 1085-86 (8th Cir. 1997) ("So long as the prisoner has furnished the information necessary to identify the defendant, the [M]arshal's failure to effect service 'is automatically good cause within the meaning of Fed. R. Civ. P. 4(m).'"); *Abel v. Harp*, 122 Fed. Appx. 248, 251-53 (6th Cir. 2005) ("[T]he utter failure of the clerk and the Marshals Service to accomplish their respective duties to issue and serve process for plaintiff proceeding in forma pauperis constitutes a showing of good cause under Fed. R. Civ. P. 4(m).").

Here, Mr. Baldwin made a reasonable, good faith attempt to serve each defendant with a summons and complaint pursuant to Rule 4(m). Mr. Baldwin directed the Marshals Service to serve each defendant at M.C.I.-Cedar Junction, or at the DOC central office if service could not be completed at the first location. *See* Exhibits A-D. While service was accepted by M.C.I.-Cedar Junction on behalf of each of the other Defendants, service was incorrectly rejected for Mr. Ford, and it appears that the Marshals Service made no attempt to comply with Mr. Baldwin's instructions regarding alternate service at the DOC central office. Despite providing adequate information as to the identity of Mr. Ford, the Marshals Service failed to complete service on Mr. Ford. Because Mr. Baldwin was entitled to rely upon the Marshals Service to fulfill its service responsibilities, the Court should find that good cause has been established to grant an extension of time to complete service under Rule 4(m).

### 2. Alternatively, the Court Should Exercise Its Discretion to Grant an Extension of Time for Service Given the Totality of Circumstances

In the event the Court does not find that Mr. Baldwin has demonstrated good cause for failing to serve Mr. Ford, Rule 4(m) also authorizes the Court to grant an extension "on its own initiative." *See Cruz v. Hampden County*, No. 95-30256, 1998 WL 812398, at *2 (D. Mass. Nov. 6, 1998). In exercising this discretion, courts have taken the following factors into consideration:

> (1) whether a significant extension of time [is] required; (2) whether an extension of time would prejudice the defendant other than the inherent 'prejudice' in having to defend the suit; (3) whether the defendant had actual notice of the lawsuit; (4) whether a dismissal without prejudice would substantially prejudice the plaintiff ... and (5) whether the plaintiff had made any good faith efforts at effecting proper service of process.

*Becker v. Warden Ross Correctional Institution*, No. 05-908, 2006 WL 2869567, at *4 (S.D. Ohio Oct. 5, 2006); *see also Stafford v. Franklin County*, 2005 WL 1523369, at *3- *4 (S.D. Ohio June 28, 2005).

At all times prior to the appointment of counsel on August 8, 2006, Mr. Baldwin acted *pro se* in this matter. Despite notification by Defendants' counsel of the defective service on Mr. Ford, Mr. Baldwin could not have fully comprehended the consequences of his failure to serve Mr. Ford. While the documents of record in this case advise Mr. Baldwin of Mr. Ford's current address, they fail clearly to advise Mr. Baldwin of the consequences of his failure to attempt a second service. Without the benefit of counsel, Mr. Baldwin could not understand that Mr. Ford, a defendant who played a significant role in the events underlying this case, would be dismissed from the case. It appeared that he had fully discharged his obligations by directing service on Mr. Ford at

two separate addresses, and without the aid of counsel, he could not reasonably have been expected to know that Mr. Ford could be dismissed for failure to serve, especially given that the Defendants moved to dismiss solely on the merits. *See Withrow v. Goord*, 374 F. Supp. 2d 326, 331 (W.D.N.Y. 2005) (court granted an extension for service "[i]n light of plaintiff's *pro se* status").

Additionally, due to Mr. Baldwin's limited finances, he simply could not afford to complete a second service attempt on Mr. Ford. Massachusetts Department of Corrections policies mandate that all inmates maintain a minimum balance of $100 in their savings account. *See* DOC Policy, 103 CMR 405.08 (Inmate Wages and Stipends) at ¶3. This policy, together with Mr. Baldwin's continuing obligation to pay the initial filing fee pursuant to 28 U.S.C. § 1915(b)(2) and other financial obligations, rendered Mr. Baldwin unable to afford another attempt to serve Mr. Ford. (*See* Order on Application to Proceed Without Prepayment of Fees (Docket No. 4) at ¶ B.)

The prejudice to Mr. Baldwin of Mr. Ford's dismissal would far outweigh any prejudice to Mr. Ford in the event he is reinstated as a defendant. As alleged in the complaint, Mr. Ford was a central participant in the events at issue this action. Although dismissal under Rule 4(m) by its terms is without prejudice, the statute of limitations on Mr. Baldwin's claims against Mr. Ford ran less than two weeks after the Court's March 22, 2006 order. Accordingly, the dismissal would preclude Mr. Baldwin from asserting any claims against Mr. Ford.

In contrast, Mr. Ford would not be prejudiced by delayed service given that the discovery period is still in its early stages pursuant to the Court's recent scheduling order. Mr. Ford would likely be represented by the Legal Division of the

Department of Corrections, who represents the other Defendants and thus has known of, and participated in, this action since its inception. Accordingly, the Department of Corrections has had adequate notice of this action and specifically of the claims against Mr. Ford.

Accordingly, the five factors noted above considered together weigh overwhelmingly in favor of granting an extension of time to allow Mr. Baldwin to complete service on Mr. Ford. *See Becker*, 2006 WL 2869567, at *4 (court granted a modest extension of time for service where factors weighed in favor of plaintiff). The Court should therefore allow Mr. Baldwin further opportunity to complete service on Mr. Ford.

## CONCLUSION

For the reasons set forth above, Mr. Baldwin respectfully requests that the Court vacate its dismissal of Mr. Ford from the case, grant an extension of time to allow the completion of service of the summons and complaint on Mr. Ford, and grant Mr. Baldwin such other and further relief as is just and proper.

Dated: November 16, 2006

Respectfully submitted,

/s/ Michael C. Higgins
Bernard J. Bonn III, BBO # 049140
Michael S. Shin, BBO # 658134
Michael C. Higgins, BBO # 662443
Alessandro Martuscelli, BBO # 665775
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 654-8610 (phone)
(617) 426-6567 (fax)
michael.higgins@dechert.com

*Attorneys for Plaintiff John Baldwin*

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

I, Michael C. Higgins, hereby certify that counsel for plaintiff John Baldwin has attempted to confer with counsel for Defendants in a good faith effort to resolve or narrow the issues presented by this Motion but was unable to do so.  However, counsel for Defendants indicated at the November 2, 2006 scheduling conference that Defendants intend to oppose this Motion.

/s/  Michael C. Higgins
Michael C. Higgins
November 16, 2006

## CERTIFICATE OF SERVICE

I, Michael C. Higgins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 16, 2006.

/s/ Michael C. Higgins
Michael C. Higgins

12576117.2.LITIGATION 11/16/2006 4:36 PM

**EXHIBIT A**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF John Baldwin | COURT CASE NUMBER C.A. 05-10898-DPW |
|---|---|
| DEFENDANT Bruce Tessier | TYPE OF PROCESS 42 U.S.C. §1983 |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Bruce Tessier |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | PO Box 100, S. Walpole, MA 02071 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| John Baldwin 30 Administration Rd. Bridgewater MA 02324 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold   Department of Correction   Fold
50 Maple Street, Suite 3
Milford, MA 01757-3698

2005 JUN 16 P 2:32   U.S. MARSHAL SERVICE RECEIVED BOSTON MA

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **1** | District of Origin No. **38** | District to Serve No. **38** | Signature of Authorized USMS Deputy or Clerk *Nancy McInnis* | Date **6/16/05** |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time | am pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   Process served by cert mail 6/17/05

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

**JOHN BALDWIN**
      Plaintiff

V.

**BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, THOMAS BARRONI,**
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE      **C.A. 05-10898-DPW**

**TO:** (Name and address of Defendant)

**BRUCE TESSIER**
P.O. Box 100
S. Walpole, MA 02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**JOHN BALDWIN, PRO SE**
30 Administration Rd.
Bridgewater, MA 02324

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ **20\*** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**
**CLERK**

*Rebecca Greenberg*
(By) DEPUTY CLERK

*Rebecca Greenberg*
DATE  May 5, 2005

**CERTIFIED MAIL RECEIPT**
*(Insurance Coverage Provided)*

Postmark
Here

BRUCE TESSIER
PO BOX 100
S. WALPOLE, MA 02071

7002 0510 0004 1359 3167

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES POSTAL SERVICE
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 500
BOSTON, MASS. 02210

CV-05-10898-DPW

02210+300i

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )   C. Date of Delivery 6/17/05 |
| 1. Article Addressed to: BRUCE TESSIER PO BOX 100 S. WALPOLE, MA 02071 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☐ Certified Mail  ☐ Express Mail ☑ Registered  ☐ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7002 0510 0004 1359 3167 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**EXHIBIT B**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Baldwin | C.A. 05-10898-DPW |
| DEFENDANT | TYPE OF PROCESS |
| Patrick Smith | 42 U.S.C. § 1983 |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Patrick Smith

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** P.O. Box 100, S. Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Baldwin
30 Administration Rd.
Bridgewater, MA 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757-3698

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Deleur | 6/16/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | | Date of Service  Time    am    pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or    Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Process served by Cert Mail
6/17/05
R

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of          MASSACHUSETTS

JOHN BALDWIN
Plaintiff                                **SUMMONS IN A CIVIL CASE**

V.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, THOMAS BARRONI,        CASE          C.A. 05-10898-DPW
Defendants

TO: (Name and address of Defendant)

PATRICK SMITH

P.O. Box 100

S. Walpole, MA 02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN BALDWIN, PRO SE

30 Administration Rd.

Bridgewater, MA 02324

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within
a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK                                        DATE          May 5, 2005

Rebecca Greenberg
(By) DEPUTY CLERK

## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark
Here

Sent To

PATRICK SMITH
PO BOX 100
S. WALPOLE. MA 02071

Street or PC

City, !

PS Fo...

Instructions

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                      6/17/05

1. Article Addressed to:

PATRICK SMITH
PO BOX 100
S. WALPOLE, MA 02071

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☑ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )         ☐ Yes

2. Article Number
   (*Transfer from service label*)   7002 0510 0004 1359 3150

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES MARSHALS SERVICE
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 500
BOSTON, MASS. 02210

CV-05-10898-DPW

**EXHIBIT C**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF John Baldwin | COURT CASE NUMBER C.A. 05-10898-DPW |
| DEFENDANT Thomas Barron. | TYPE OF PROCESS 42 U.S.C. § 1983 |

SERVE  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thomas Barron.

➤  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  P.O. Box 100, S. Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Baldwin
30 Administration Rd.
Bridgewater MA 02324

Number of process to be served with this Form - 285  1

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757-3698

Signature of Attorney or other Originator requesting service on behalf of:     ☐ PLAINTIFF   ☐ DEFENDANT   | TELEPHONE NUMBER | DATE |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Nancy Salaura | Date 6/16/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | | Date of Service   Time   am/pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  Process sent by Cert Mail at 6/17/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____     MASSACHUSETTS

JOHN BALDWIN
                    Plaintiff                 **SUMMONS IN A CIVIL CASE**

V.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, THOMAS BARRONI,     CASE          C.A. 05-10898-DPW
                    Defendants

TO: (Name and address of Defendant)

**THOMAS BARRONI**
P.O. Box 100
S. Walpole, MA 02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**JOHN BALDWIN, PRO SE**
30 Administration Rd.
Bridsewater, MA 02324
* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ 20* _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within
a reasonable period of time after service.

SARAH ALLISON THORNTON                        DATE     May 5, 2005
CLERK

(By) DEPUTY CLERK

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Po

Sent To

Street, A
or PO Bo

City, State

Postmark
Here

THOMAS BARRONI
PO BOX 100
S. WALPOLE, MA 02071

| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
6/17/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

THOMAS BARRONI
PO BOX 100
S. WALPOLE, MA 02071

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0510 0004 1359 3143

PS Form 3811, February 2004        Domestic Return Receipt        102595 00-1



CV-05-10898-DPW-(AT)

**EXHIBIT D**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF John Baldwin | COURT CASE NUMBER C.A. 05-10898-DPW |
|---|---|
| DEFENDANT Brian Ford | TYPE OF PROCESS 42 U.S.C. §1983 |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Brian Ford |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) P.O. Box 100, S. Walpole, MA. 02071 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Baldwin
30 Administration Rd
Bridgewater MA 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold
Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757-3698

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 6/14/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Process returned unexecuted
by Post Office # 6/17/05

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

