UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
                                                             :
JOHN BALDWIN,                                                :
                      Plaintiff,                             :
                                                             :       C.A. No. 05-10898-DPW
        -against-                                            :
                                                             :
                                                             :
BRUCE TESSIER, BRIAN FORD,                                   :
PATRICK SMITH, and THOMAS                                    :
BARRONI,                                                     :
                                                             :
                      Defendants.                            :
------------------------------------------------------------ x
```

## WITHDRAWAL OF APPEARANCE

Please note the withdrawal of the appearance of Alessandro Martuscelli as counsel for Plaintiff, John Baldwin.

Dated: December 12, 2006             /s/ Alessandro Martuscelli
                                                  Bernard J. Bonn III, BBO # 049140
                                                Michael S. Shin, BBO # 658134
                                                Michael C. Higgins, BBO # 662443
                                                DECHERT LLP
                                                200 Clarendon Street, 27th Floor
                                                Boston, MA  02116
                                                (617) 728-7133 (phone)
                                                (617) 426-6567 (fax)

                                                *Attorneys for Plaintiff John Baldwin*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2006

/s/ Alessandro Martuscelli
Alessandro Martuscelli