UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  05-10898-DPW

JOHN BALDWIN,

      Plaintiff,

v.

BRUCE TESSIER, *et al.*,

      Defendants.

## MOTION FOR LEAVE
## TO DEPOSE A PRISONER (UNOPPOSED)
## PURSUANT TO FED.R.CIV.P. 30(a)(2)

Now come the defendants, pursuant to Fed.R.Civ.P. 30(a)(2) and hereby

respectfully request leave to depose the plaintiff in the above-captioned matter, who is a person

lawfully committed within the Department of Correction, and currently housed at the

Massachusetts Treatment Center, located in Bridgewater, Massachusetts.  Counsel for

the plaintiff has advised that he does not oppose this motion.

      WHEREFOR, the defendants herein respectfully request that this Court

grant them leave to depose the plaintiff.

Dated:  December 21, 2006

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

  /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

**LOCAL RULE 7.1(A)(2)**
**CERTIFICATION**

I hereby certify that I conferred with counsel for the plaintiff, Michael Shin, in

accordance with Local Rule 7.1(A)(2) on December 5, 2006 and he advised me the plaintiff

would not oppose this motion.

Dated: December 21, 2006                    ___/s/ Wendy C. Weber_____
                                            Wendy C. Weber, Counsel


**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served on the counsel
appointed for plaintiff, Michael Shin, Esq., 200 Clarendon Street
27th Floor, Boston, MA 02116-5021, by first class mail.

Dated: December 21, 2006                    ___/s/ Wendy C. Weber_____
                                            Wendy C. Weber, Counsel