**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF JOHN BALDWIN | COURT CASE NUMBER 1:05cv10898 |
| DEFENDANT BRUCE TESSIER | TYPE OF PROCESS SUMMONS AND COMPLAINT |

2007 JAN 19

U.S. DISTRICT COURT
DISTRICT OF MASS

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | OFFICER BRIAN FORD |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) BAYSTATE CORRECTIONAL CENTER, 28 CLARK ST., NORFOLK, MA 02056 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| MICHAEL S. SHIN, ESQ.<br>200 CLARENDON ST, 27th FLOOR<br>BOSTON, MA 02116 | Number of process to be served with this Form - 285   **1** |
| | Number of parties to be served in this case   **4** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

SERVICE MAY BE MADE ON THE SUPERINTENDENT'S
OFFICE AT THE BAYSTATE CORRECTIONAL CENTER
(508) 668-1687

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 728-7133 | DATE 1/11/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 1/11/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) SGT PALMER | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service 1/18/07   Time 1:30 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45 | Total Mileage Charges (*including endeavors*) $72.59 | Forwarding Fee — | Total Charges $72.59 | Advance Deposits | Amount owed to U.S. Marshal or $72.59 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1/18/07 Gave envelope w/ s+e in it to SGT Palmer
whom said he'd pass it along to the Shift Cmdr (of Ford's shift)
envelope marked Officer Ford c/o Shift Cmdr.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

John Baldwin

V.

## SUMMONS IN A CIVIL ACTION

Bruce Tessier, Brian Ford, Patrick
Smith, and Thomas Barroni

CASE NUMBER:  05-10898-DPW

TO: (Name and address of Defendant)

Officer Brian Ford
Baystate Correctional Center
28 Clark Street
Norfolk, MA  02056

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Shin
Dechert LLP
200 Clarendon Street, 27th floor
Boston, MA  02116-5021

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

JAN  9 2007

DATE