UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,

    Plaintiff,

v.

BRUCE TESSIER, *et al.*,

    Defendants.

CIVIL ACTION
NO. 05-10898-DPW

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters her appearance on behalf of defendant Brian Ford.

Dated: February 6, 2007

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

    /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel for the plaintiff by first class mail.

Date: _____February 6, 2007_____

    ___/s/Wendy C. Weber_____
Wendy C. Weber, Counsel