UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------ x
                                                  :
JOHN BALDWIN,                                     :
                    Plaintiff,                    :
                                                  :   C.A. No. 05-10898-DPW
         -against-                                :
                                                  :
                                                  :
BRUCE TESSIER, BRIAN FORD,                        :
PATRICK SMITH, and THOMAS                         :
BARRONI,                                          :
                                                  :
                    Defendants.                   :
------------------------------------------------------------------ x
```

## JOINT MOTION TO MODIFY
## SCHEDULING ORDER

The parties hereby jointly move to make the following agreed-upon adjustments to this Court's November 2, 2006 Scheduling Order:

|  | Date | Proposed Date |
|---|---|---|
| Plaintiff shall designate expert(s) and disclose information described in Fed. R. Civ. P. 26(a)(2), concerning such expert | 3/30/07 | 5/18/07 |
| Defendants shall designate expert(s) and disclose information described in Fed. R. Civ. P. 26(a)(2), concerning such expert | 4/30/07 | 6/29/07 |
| Discovery shall be complete | 6/29/07 | 7/31/07 |
| Motions for summary judgment shall be filed | 7/31/07 | 8/31/07 |
| Responses to motions for summary judgment shall be filed | 8/31/07 | 9/28/07 |
| Parties shall file a status report | 9/13/07 | 10/5/07 |

12710962.1.LITIGATION 4/9/2007 1:31 PM

As grounds for this motion the parties state that counsel for Plaintiff has encountered numerous obstacles and delays in scheduling with the Department of Corrections a medical examination of Plaintiff by Plaintiffs' expert and counsel for Defendants is presently at trial on a separate case, which is expected to run longer than originally anticipated. Accordingly, the proposed modifications are necessary to allow the parties to complete discovery. The proposed modifications do not significantly alter the time by which the case should be ready for trial as set by the Court in the November Scheduling order.

Dated: April 9, 2007

| | |
|---|---|
| Plaintiff John Baldwin | Defendants Bruce Tessier, Brian Ford Patrick Smith, and Thomas Barroni |
| By his attorneys, | By their attorneys, |
| DECHERT LLP | NANCY ANKERS WHITE<br>Special Assistant Attorney General |
| /s/ Michael S. Shin<br>Bernard J. Bonn III, BBO # 049140<br>Michael S. Shin, BBO # 658134<br>Michael C. Higgins, BBO # 662443<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>(617) 728-7133 (phone) | /s/ Wendy C. Weber<br>Wendy C. Weber, BBO # 633950<br>Department of Correction<br>Legal Division<br>70 Franklin Street, Suite 600<br>Boston, MA 02110-1300<br>(617) 727-3300 x189 |