UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                              No. 05-cv-10898-DPW

    Plaintiff,

    v.

BRUCE TESSIER, et al.,

    Defendants.

NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance for Bruce Tessier, Brian Ford, Patrick Smith, and Thomas Barroni, the defendants herein.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: June 25, 2007        __/s/ DAVID J. RENTSCH_____
David J. Rentsch, Counsel
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300, ext. 142
BBO #544926
djrentsch@doc.state.ma.us

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Date: June 25, 2007        __/s/ DAVID J. RENTSCH_____