UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                                              Civ. No. 05-10898-DPW

    Plaintiff,

v.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and
THOMAS BORRONI,

    Defendants.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby jointly move to make the following agreed-upon adjustments to this Court's April 13, 2007 Scheduling Order:

|  | Date | Proposed Date |
|---|---|---|
| Defendants shall designate expert(s) and disclose information described in Fed. R. Civ. P. 26(a)(2), concerning such expert | 6/29/07 | 8/31/07 |
| Discovery shall be complete | 7/31/07 | 10/31/07 |
| Motions for summary judgment shall be filed | 8/31/07 | 11/30/07 |
| Responses to motions for summary judgment shall be filed | 9/28/07 | 12/28/07 |
| Parties shall file a status report | 10/5/07 | 1/4/08 |

As grounds for this motion, the parties state that former counsel for Defendants, Wendy C. Weber, resigned from the Department of Correction due to health reasons and successor counsel has only recently been assigned to this case. Defendants' new counsel is still in the process of reviewing

2

the file and responding to Plaintiff's outstanding discovery requests, which the parties have agreed will be completed by August 15, 2007. In addition, Plaintiff's counsel has noticed multiple depositions to be scheduled following such discovery.

Dated: July 11, 2007

| PLAINTIFF | DEFENDANTS |
|---|---|
| JOHN BALDWIN | BRUCE TESSIER, BRIAN FORD, PATRICK SMITH and THOMAS BORRONI |
| By his attorneys, | By their attorneys, |
| DECHERT LLP | NANCY ANKERS WHITE<br>Special Assistant Attorney General |
| /s/ Michael S. Shin<br>Bernard J. Bonn III, BBO # 049140<br>Michael S. Shin, BBO # 658134<br>Michael C. Higgins, BBO # 662443<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>(617) 728-7133 | /s/ David J. Rentsch<br>David J. Rentsch, BBO # 544926<br>Department of Correction<br>Legal Division<br>70 Franklin St., Suite 600<br>Boston, MA 02110-1300<br>(617) 727-3300, ext. 142 |