UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOHN BALDWIN,

           Plaintiff,

    -against-

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and THOMAS
BARRONI,

           Defendants.

---

C.A. No. 05-10898-DPW

## **WITHDRAWAL OF APPEARANCE**

To the Clerk:

    Please withdraw my appearance on behalf of John Baldwin in the above-captioned matter.

Dated: August 1, 2007

        By his attorneys,

        DECHERT LLP

        /s/ Michael C. Higgins
        Bernard J. Bonn III, BBO # 049140
        Michael S. Shin, BBO # 658134
        Michael C. Higgins, BBO # 662443
        200 Clarendon Street, 27th Floor
        Boston, MA  02116
        (617) 728-7133 (phone)

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2007.

/s/ Michael C. Higgins