UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 :
JOHN BALDWIN,                                                    :
                                                                 :
                          Plaintiff,                             :
                                                                 :   C.A. No. 05-10898-DPW
         -against-                                               :
                                                                 :
                                                                 :
BRUCE TESSIER, BRIAN FORD,                                       :
PATRICK SMITH, and THOMAS                                        :
BARRONI,                                                         :
                                                                 :
                          Defendants.                            :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE OF JOSEPH L. SULMAN**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Joseph L. Sulman on behalf of plaintiff John Baldwin in the above-captioned matter.


Dated:  October 10, 2007            /s/ Joseph L. Sulman
                                    Bernard J. Bonn III, BBO # 049140
                                    Joseph L. Sulman, BBO # 663635
                                    DECHERT LLP
                                    200 Clarendon Street, 27th Floor
                                    Boston, MA  02116
                                    (617) 728-7133 (phone)
                                    (617) 426-6567 (fax)
                                    joseph.sulman@dechert.com

                                    ***Attorneys for Plaintiff John Baldwin***