UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                                                                Civ. No. 05-10898-DPW

      Plaintiff,

      v.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and
THOMAS BORRONI,

      Defendants.

## AGREED MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the defendants move for a protective order with respect to twenty-seven (27) documents to be produced by the defendants to counsel for the plaintiff. The documents are Bates-stamped #506-#532. The documents are from the personnel folders of two of the defendants, Thomas Borroni and Patrick Smith. The parties stipulate and agree that the defendants will provide these documents to counsel for the plaintiff under the following conditions:

(1) Counsel for the plaintiff will not disseminate these documents or copies thereof to any person not employed by or associated with Dechert, LLP;

(2) Counsel for the plaintiff may discuss the contents of these documents with the plaintiff, John Baldwin, but counsel will not provide the documents or copies thereof to him;

(3) All issues regarding the use of these documents at trial, including without limitation, whether the documents may be offered into evidence as exhibits or used for cross-examination purposes, are reserved until trial unless either party files a motion in limine regarding these issues prior to trial; and,

2

(4) Counsel for the plaintiff will return the originals and any copies of these documents to counsel for the defendants at the conclusion of this litigation.

WHEREFORE, the defendants request that the Court endorse this motion and approve the foregoing agreement as an order of the Court.

| Assented to: | Respectfully submitted, |
|---|---|
| PLAINTIFF | DEFENDANTS |
| JOHN BALDWIN | BRUCE TESSIER, BRIAN FORD, PATRICK SMITH and THOMAS BORRONI |
| By his attorneys, | By their attorneys, |
| DECHERT LLP | NANCY ANKERS WHITE<br>Special Assistant Attorney General |
| /s/ Joseph L. Sulman<br>Bernard J. Bonn III, BBO # 049140<br>Joseph L. Sulman, BBO # 663635<br>Michael C. Higgins, BBO # 662443<br>200 Clarendon Street, 27th Floor<br>Boston, MA  02116<br>(617) 728-7133 | /s/ David J. Rentsch<br>David J. Rentsch, BBO # 544926<br>Department of Correction<br>Legal Division<br>70 Franklin St., Suite 600<br>Boston, MA  02110-1300<br>(617) 727-3300, ext. 142 |

Dated: October 12, 2007