UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------- x
                                                              :
JOHN BALDWIN,                                                 :
                                                              :
                        Plaintiff,                            :
                                                              :   C.A. No. 05-10898-DPW
            -against-                                         :
                                                              :
                                                              :
BRUCE TESSIER, BRIAN FORD,                                    :
PATRICK SMITH, and THOMAS                                     :
BARRONI,                                                      :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my entry of appearance as counsel in this case for plaintiff John Baldwin.

October 12, 2007                    /s/   Michael S. Shin_____
                                    Michael S. Shin, , BBO# 658134
                                    DECHERT LLP
                                    200 Clarendon Street, 27th Floor
                                    Boston, MA 02116