UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------- x
                                                   :
JOHN BALDWIN,                                 :
                     Plaintiff,            :
                                                 :    C.A. No. 05-10898-DPW
           -against-                      :
                                                 :
BRUCE TESSIER, BRIAN FORD,     :
PATRICK SMITH, and THOMAS      :
BORRONI,                                     :
                                               :
                   Defendants.        :
------------------------------------------------------------- x

**JOINT STATUS REPORT**

      In response to this Court's July 13, 2007 Revised Scheduling Order, the parties provide the following status report to the Court in anticipation of the January 15, 2008 scheduling conference:

      Discovery: The parties have completed discovery. No further document production or depositions are anticipated.

      Settlement discussions: The parties are engaged in preliminary settlement discussions. More information regarding these discussions may be available for the Court at the January 15 scheduling conference.

      Pending or contemplated motions: The parties do not believe any motions are pending before the Court. The plaintiff contemplates filing a motion *in limine* to strike the testimony of the defendant's medical expert. The defendants contemplate filing a motion *in limine* to exclude certain portions of their personnel records that were produced in discovery under an agreed Protective Order.

      Pre-trial scheduling conference and trial: The parties propose February 13, 2008 for a pre-trial scheduling conference and the week of March 31-April 4, 2008 for trial.

- 2 -

Dated: January 4, 2008

| | |
|---|---|
| Plaintiff John Baldwin | Defendants Bruce Tessier, Brian Ford Patrick Smith, and Thomas Borroni |
| By his attorneys, | By their attorneys, |
| DECHERT LLP | NANCY ANKERS WHITE  Special Assistant Attorney General |
| /s/  Joseph L. Sulman_____ Bernard J. Bonn III, BBO # 049140 Joseph L. Sulman, BBO # 663635 200 Clarendon Street, 27th Floor Boston, MA  02116 (617) 654-8621 (phone) | /s/   David J. Rentsch_____ David J. Rentsch, BBO # 544926 Department of Correction Legal Division 70 Franklin Street, Suite 600 Boston, MA  02110-1300 (617) 727-3300 x142 |