```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                    )
       Plaintiff,                )
                                 )           CIVIL ACTION
v.                               )           NO. 05-10898
                                 )
BRUCE TESSIER, BRIAN FORD,       )
PATRICK SMITH, and THOMAS        )
BORRONI,                         )
       Defendants.               )
```

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled on **APRIL 8, 2008** with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **60 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **JUNE 9, 2008.**

                                               BY THE COURT,

                                               <u>/S/ Jarrett Lovett</u>

DATED: April 8, 2008                          Deputy Clerk