UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                                          Civ. No. 05-10898-DPW

     Plaintiff,

     v.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and
THOMAS BORRONI,

     Defendants.

JOINT MOTION TO EXTEND THE
SETTLEMENT ORDER OF DISMISSAL

The parties hereby jointly move to extend the Settlement Order of Dismissal (P#69) for an

additional thirty (30) days, until July 9, 2008.  As grounds for this motion, the parties state that

settlement has not been consummated, and additional time is requested to finalize this matter.

Dated: June 6, 2008

| PLAINTIFF | DEFENDANTS |
|---|---|
| JOHN BALDWIN | BRUCE TESSIER, BRIAN FORD, PATRICK SMITH and THOMAS BORRONI |
| By his attorneys, | By their attorneys, |
| DECHERT LLP | NANCY ANKERS WHITE Special Assistant Attorney General |
|   /s/  Joseph L. Sulman        |   /s/  David J. Rentsch |
| Bernard J. Bonn III, BBO # 049140 | David J. Rentsch, BBO # 544926 |
| Joseph L. Sulman, BBO # 663635 | Department of Correction |
| 200 Clarendon Street | Legal Division |
| 27th Floor | 70 Franklin St., Suite 600 |
| Boston, MA  02116 | Boston, MA  02110-1300 |
| (617) 654-8621 | (617) 727-3300, ext. 142 |