```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

JOHN BALDWIN,                              No. 05-cv-10898-DPW

    Plaintiff,

    v.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and THOMAS BORRONI,

    Defendants.

## AFFIDAVIT OF COUNSEL

I, David J. Rentsch, do hereby depose and state that:

1. I am an attorney employed by the Massachusetts Department of Correction. I represent the defendants in this action.

2. I prepared settlement papers for this case and sent the final version to the plaintiff's attorney, Joseph Sulman, by electronic mail on February 28, 2008. I received the signed papers back on March 13, 2008, as indicated by the date-stamp on Mr. Sulman's cover letter, a copy of which is attached as Exhibit 1. The cover letter is dated March 11, 2008.

3. Per our office procedure, I obtained the General Counsel's signature and sent the settlement package to the Department's fiscal office located in Milford, Massachusetts, on March 14, 2008. The package was approved and forwarded to the state Comptroller's Office in Boston on March 19, 2008.

4. Upon inquiry from Mr. Sulman regarding when his client could expect payment, I learned that the Comptroller's settlement account is depleted and that office is waiting on a deficiency appropriation from the Legislature. I informed Mr. Sulman of this by email on April 3, 2008. I further informed him that his client should expect payment within 90 days.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of June, 2008.

                                              __/s/ DAVID J. RENTSCH_____
                                              David J. Rentsch





EXHIBIT
1

200 Clarendon Street
27th Floor
Boston, MA 02116-5021
+1 617 728 7100  Main
+1 617 426 6567  Fax
www.dechert.com

JOSEPH L. SULMAN

joseph.sulman@dechert.com
+1 617 654 8621  Direct
+1 617 275 8410  Fax

March 11, 2008

**VIA FIRST CLASS MAIL**

David J. Rentsch
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300



RECEIVED
MAR 1 3 2008
DEPARTMENT OF CORRECTION
LEGAL DEPARTMENT

Re: *Baldwin v. Tessier*

Dear David:

Please find enclosed signed copies of the settlement documents. Per the enclosed Settlement Agreement and our subsequent discussions, it is my understanding that you will cause $7,000, representing the agreed settlement between plaintiff and defendants, to be deposited into Mr. Baldwin's residential account upon receipt of the enclosed documents.

It is further my understanding that the Stipulation of Dismissal will not be filed with the Court until the $7,000 has been deposited into Mr. Baldwin's account. This will require confirmation by Mr. Baldwin. If this differs from your understanding of our agreement, please contact me immediately.

Sincerely,

Joseph L. Sulman

cc:   Bernard J. Bonn, Esq.