UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BALDWIN,                           No. 05-cv-10898-DPW

    Plaintiff,

    v.

BRUCE TESSIER, BRIAN FORD,
PATRICK SMITH, and THOMAS BORRONI,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate, consent, and agree that all of the plaintiff's claims in this case are dismissed with prejudice and without costs, and the plaintiff and the defendants hereby waive all rights of appeal.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By his attorney, | By their attorney, |
| DECHERT LLP | NANCY ANKERS WHITE<br>Special Assistant Att'y General |
| _____<br>Bernard J. Bonn III, BBO #049140<br>Joseph L. Sulman, BBO #663635<br>200 Clarendon Street<br>27th Floor<br>Boston, MA  02116<br>(617)654-8621 | _____<br>David J. Rentsch, BBO #544926<br>Acting Associate General Counsel<br>Legal Division<br>Department of Correction<br>70 Franklin St., Suite 600<br>Boston, MA  02110-1300<br>(617)727-3300, ext. 142 |