UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------- x
                                                              :
JOHN BALDWIN,                                                 :
                                                              :
                        Plaintiff,                            :
                                                              :   C.A. No. 05-10898-DPW
            -against-                                         :
                                                              :
                                                              :
BRUCE TESSIER, BRIAN FORD,                                    :
PATRICK SMITH, and THOMAS                                     :
BORRONI,                                                      :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
```

**WITHDRAWAL OF MOTION FOR INTEREST ON SETTLEMENT**

Plaintiff John Baldwin ("Baldwin") hereby withdraws his Motion for Interest on Settlement (Docket No. 71), filed on June 9, 2008.

Dated: July 2, 2008

Plaintiff John Baldwin


By his attorneys,

DECHERT LLP


/s/  Joseph L. Sulman _____
Bernard J. Bonn III, BBO # 049140
Joseph L. Sulman, BBO # 663635
200 Clarendon Street, 27th Floor
Boston, MA  02116
(617) 654-8621 (phone)
(617) 426-6567 (fax)
Joseph.Sulman@dechert.com
Bernard.Bonn@dechert.com